Adam Hosmer-Henner, Esq. (NSBN 12779)
Philip Mannelly, Esq. (NSBN 14236)
Chelsea Latino, Esq. (NSBN 14227)
McDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com
clatino@mcdonaldcarano.com

Maggie McLetchie (NSBN 10931)
Alina Shell, Esq. (NSBN 11711)
McLETCHIE LAW
701 E. Bridger Ave., Suite 520
Las Vegas, NV 89101
(702) 728-5300
maggie@nvlitigation.com
alina@nvlitigation.com

*Attorneys for Marty Scott Fitzgerald, Elizabeth Carley,
Budd Reese, Donald Savage, Ronald Mulder,
Howard White, Carl Olsen, Scott Bedard,
Stephen Ciolino and Mitchell Fields, individually and on
behalf of a class of similarly situated persons*

FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 2 6 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| IN RE: HCV PRISON LITIGATION | Case No: 3:19-cv-00577-MMD-CLB |
| This document relates to:<br><br>**ALL ACTIONS** | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AMENDED CLASS ACTION COMPLAINT AND MOTION TO CERTIFY**<br>(First Request) |

Pursuant to Local Rules IA 6-1 and 6-2, and Local Rule 7-1, Plaintiffs and Defendants in all actions consolidated into the above-captioned lead case, through their undersigned counsel, hereby agree and stipulate as follows:

1.     The Court's October 9, 2019 Pre-Trial Order #1 consolidated the cases identified in Attachment 1 of the pretrial order "for the purpose of discovery and pretrial matters related to the issues regarding the adoption, implementation, amendment, and appropriateness of [Medical Directive] 219 (in all its iterations) and the treatment protocols established by the policy for

1    inmates diagnosed with HCV." [ECF 1]

2          2.      An initial case conference was held in the lead case on October 21, 2019.

3          3.      As a result of that conference, the Court ordered that Plaintiffs file an amended

4    class action complaint and motion to certify no later than the close of business on Monday,

5    December 2, 2019. [ECF 2]

6          4.      The Court further ordered that a status conference is set for Tuesday, December 3,

7    2019 at 10:00 a.m.

8          5.      Following the initial case conference, on November 15, 2019, the Nevada

9    Department of Corrections revised Medical Directive 219 and the treatment protocols established

10   by the policy for inmates diagnosed with HCV.

11         6.      As a result of these revisions, Plaintiffs' counsel requires additional time to prepare

12   and revise the amended class action complaint and motion to certify.

13         7.      The parties therefore request that Plaintiffs' deadline to file the amended class

14   action complaint and motion to certify be extended from **December 2, 2019 to December 9, 2019.**

15         8.      The parties are still available for the December 3, 2019 status conference.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

9.    This request is not made for purposes of delay.

**IT IS SO STIPULATED.**

Dated: November 26, 2019.

McDONALD CARANO LLP

_/s/ Chelsea Latino_

Adam Hosmer-Henner, Esq. (NSBN 12779)
Philip Mannelly, Esq. (NSBN 14236)
Chelsea Latino, Esq. (NSBN 14227)
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com
clatino@mcdonaldcarano.com

Maggie McLetchie, Esq. (NSBN 10931)
Alina Shell, Esq. (NSBN 11711)
McCLETCHIE LAW
701 E. Bridger Ave., Suite 520
Las Vegas, NV 89101
(702) 728-5300
maggie@nvlitigation.com
alina@nvlitigation.com

_Attorneys for Marty Scott Fitzgerald,
Elizabeth Carley, Budd Reese, Donald
Savage, Ronald Mulder, Howard White, Carl
Olsen, Scott Bedard, Stephen Ciolino and
Mitchell Fields_

Dated: November 26, 2019.

AARON D. FORD, Attorney General

_/s/ Douglas R. Rands_

Douglas R. Rands
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1150
drands@ag.nv.gov

D. Randall Gilmer
555 E. Washington St., Ste. 2600
Las Vegas, Nevada 89101
(702) 486-3774
drgilmer@ag.nv.gov

_Attorneys for Defendants_

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 11 / 26/ , 2019.

3