1 | AARON D. FORD
    Attorney General
2 | D. Randall Gilmer, Bar No. 14001
    Chief Deputy Attorney General
3 | Douglas R. Rands, Bar No. 3572
    Senior Deputy Attorney General
4 | Frank A. Toddre, II, Bar No. 11474
    Senior Deputy Attorney General
5 | Jared M. Frost, Bar No. 11132
    Senior Deputy Attorney General
6 | Office of the Attorney General
    100 N. Carson Street
7 | Carson City, NV 89701
    (775) 684-1150
8 | (775) 684-1108 (fax)
    drands@ag.nv.gov
9 | drgilmer@ag.nv.gov
    ftoddre@ag.nv.gov
10 | jfrost@ag.nv.gov

11 | *Attorneys for the*
     *Nevada Department of Corrections*



```
  ✓  FILED          ____ RECEIVED
  ____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              JAN 1 5 2020

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
  BY: _____ DEPUTY
```

14 | ### UNITED STATES DISTRICT COURT

15 | ### DISTRICT OF NEVADA

16 | IN RE: HCV PRISON LITIGATION

17 | 

This document relates to:

18 | **ALL ACTIONS**

CASE NO. 3:19-CV-00577-MMD-CLB

**STIPULATION AND ORDER FOR
EXTENSION OF TIME TO FILE RESPONSE
TO COMPLAINT AND MOTION TO
CERTIFY**
**(First Request)**

21 |        Pursuant to Local Rules IA 6-1 and 6-2, and Local Rule 7-1, Plaintiffs Marty Scott Fitzgerald,

22 | Elizabeth Carley, Donald Savage, Howard White, Carl Olsen, Scott Bedard, Stephen Ciolino and

23 | Mitchell Fields, individually and on behalf of a class of similarly situated persons and Defendants in all

24 | actions consolidated into the above-captioned lead case, through their undersigned counsel, hereby agree

25 | and stipulate as follows:

26 |        1. The Court's October 9, 2019 Pre-Trial Order #1 consolidated the cases identified in Attachment

27 | 1 of the pretrial order "for the purpose of discovery and pretrial matters related to the issues regarding

28 | the adoption, implementation, amendment, and appropriateness of [Medical Directive] 219 (in all its

1

1    iterations) and the treatment protocols established by the policy for inmates diagnosed with HCV." [ECF

2    1]

3         2. An initial case conference was held in the lead case on October 21, 2019.

4         3. As a result of that conference, the Court ordered that Plaintiffs file an amended class action

5    complaint and motion to certify no later than the close of business on Monday, December 2, 2019. [ECF

6    2]

7         4. Pursuant to a stipulated extension as approved by the Court's Order on November 26, 2019

8    [ECF 5], Plaintiffs filed an Amended Class Action Complaint [ECF 10] and Motion to Certify Class

9    [ECF 11] on December 9, 2019.

10         5. Due to the holidays and travel plans of several necessary parties, the Defendants require extra

11    time in which to respond to Plaintiffs' Amended Class Action Complaint and Motion to Certify.

12         6. The parties therefore request that Defendants' deadline to file the response to Plaintiffs'

13    Amended Class Action Complaint and Motion to Certify be extended to **January 20, 2020**.

14         7. The parties further stipulate and request that Plaintiffs' deadline to file a Reply to Defendants'

15    Response to Motion to Certify be extended to February 19, 2020.

16         8. This request is not made for purposes of delay.

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

1    **IT IS SO STIPULATED.**

2    Dated: January 13, 2020                    Dated: January 13, 2020

3    McDONALD CARANO LLP                        AARON D. FORD, Attorney General
       */s/ Adam Hosmer-Henner*                   */s/ Douglas R. Rands*
4    Adam Hosmer-Henner, Esq. (NSBN 12779)      Douglas R. Rands
     Philp Mannelly, Esq. (NSBN 14236)          100 N. Carson Street
5    Chelsea Latino, Esq. (NSBN 14227)          Carson City, Nevada 89701
     100 W. Liberty Street, Tenth Floor         (775) 684-1150
6    Reno, NV 89501                             drands@ag.nv.gov
     (775) 788-2000                             D. Randall Gilmer
7    ahosmerhenner@mcdonaldcarano.com           555 E. Washington St., Ste. 2600
     pmannelly@mcdonaldcarano.com               Las Vegas, Nevada 89101
8    clatino@mcdonaldcarano.com                 (702) 486-3774
                                                drgilmer@ag.nv.gov
9
     Maggie McLetchie, Esq. (NSBN 10931)        *Attorneys for Defendants*
10   Alina Shell, Esq. (NSBN 11711)
     McCLETCHIE LAW
11   701 E. Bridger Ave., Suite 520
     Las Vegas, NV 89101
12   (702) 728-5300
     maggie@nvlitigation.com
13   alina@nvlitigation.com

14
     *Attorneys for Marty Scott Fitzgerald,*
15   *Elizabeth Carley, Donald Savage, Howard*
     *White, Carl Olsen, Scott Bedard, Stephen*
16   *Ciolino and Mitchell Fields,* individually
     and on behalf of a class of similarly situated
17   persons

18

19

20

21

22                                             **IT IS SO ORDERED**

23

24

25                                             U.S. MAGISTRATE JUDGE

26                                             DATED 1/15/2020

27

28

                                    3