|   | UNITED STATES DISTRICT COURT |
|---|---|
|   | DISTRICT OF NEVADA |

| | |
|---|---|
| IN RE: HCV PRISON LITIGATION | Master File No.<br>3:19-cv-00577-MMD-CBC |
| This document related to:<br><br>**ALL CASES** | **PRE-TRIAL ORDER # 4**:<br><br>ORDER RE: MARCH 19, 2020<br>STATUS CONFERENCE |

On October 9, 2019, this court entered an order consolidating various cases alleging claims related to treatment of Hepatis-C within the Nevada Department of Corrections. The court has held several pretrial status conferences since the consolidation. A further status conference is set for March 19, 2020 at 9:00 a.m. in Courtroom 1. (ECF No. 8).

On February 18, 2020, the court entered an order granting a motion to certify a class in this case and appointed class counsel, Adam Hosmer-Henner and Margaret McLetchie. (ECF No. 21). At the conclusion of the order, the court directed the parties to address issues related to notice of the class pursuant to Fed. R. Civ. P. 23(c)(2) to the undersigned magistrate judge. (ECF No. 21).

Therefore, **the court ORDERS as follows**:

1. Draft Notice: Prior to the upcoming status conference, Plaintiffs' class counsel shall a draft a proposed notice for prospective class members that shall be provided to the court and Defendants by no later than March 14, 2020 at 5:00 p.m. The parties shall be prepared to discuss the contents of the proposed notice, any objections

to its contents, or any other issues related to the notice at the March 19, 2020 status conference.

2. <u>Discovery</u>: At the March 19, 2020 status conference, the parties shall also be prepared to discuss what, if any, class discovery will be requested or needed related to the class certified by ECF No. 21. This includes, but is not limited to, describing to the court the type of discovery that may be necessary, any possible issues related to class discovery, whether any protective orders will be necessary, and the timing needed for class discovery.

The parties shall also be prepared to discuss a proposed scheduling order and discovery plan for this case, including whether a bifurcated discovery process should be imposed, the time needed to complete all discovery, and any other issues related to discovery in this case.

**DATED**: February 21, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**

2