8-31-20

Judge COBB:

Hello this is Marty Fitzgerald Lead plantiff in class action case #319CV00577. I am writing you in anothers name due to you not Answering my previous letters to you And Judge Due. I've Been trying to notify the court that my lawyers at McDonald and Currano Are not working with me or asking me anything they are working with the AG's office to fulfill there own agenda. Mainly about Money I told my lawyers And sent you letters saying unless NDOC settles our DeMands And gives us all some Money And let us reserve the right to goto trial for damages "No Deal" MR Hosmer-Henner told me he asked For $10,000 For me I instructed him $ 300,000 For Me And $100,000 For other plantiffs. then told me its Not possible to get Money now after he told me in the same conversation it was possible.

At no time have I ever gave my atternys permission to Make Decisions For me. And they refuse to involve me in Any way or Do as I ask. Nor will they answer my questions. There needs to be a hearing with all of us together to investigate this situation as it appears to be a lot of secret Back room dealings going on.

also NDOC has Been Stealing Legal Mail at 3 Different prisons For over 1½ years that I've sent to Atternys as well as evidence in this case

2.

Also they refused to take me to my parole board hearing for 12 months in violation of my due process rights multiple A.R.s and parole board rules & guidelines. As well as stealing personal property, changeing pin # to access phone to call my lawyers making it impossible for months at a time to call them. Also I have grievances on all those issues they refuse to answer.

So please help investigate these powerfull people who have conspired to serve there own agenda's and refused to allow me to participate in my own case where I'm the lead plantiff.

And consider this my formal objection to the consent decree. If lawyers won't represent me like I need to be represented than please help me get new ones & investigate all these problems. Sir, your honour I need the courts help on this.

I will write Michelle Laxalt too but it's not certain she will get my letters due to NDOC close monitoring of my mail and interception of it, to object to consent decree.

Also there is a court order against any retaliation but still goes on. And I have other civil rights suit in your court on 1st 4th 5th & 14th amendment violations. Denial of access to courts or greivance system, retaliation, theft of legal pappers etc etc.

Respectfully
Marty Fitzgerald 73049
Marty Fitzgerald 73049



Dustyn Farrell #1219696
N.S.C.C
O Box 7001
Carson City, NV
89702

02 SEP 2020 PM 2 T
RENO NV 895

FILED _____ RECEIVED
ENTERED _____ SERVED ON
             COUNSEL/PARTIES OF RECORD

SEP 03 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

CONFIDENTIAL

Judge Cobb
400 So. Virginia St. Room 301
Reno, NV.
89501