UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IN RE HCV PRISON LITIGATION,

Case No. 3:19-CV-0577-MMD-CLB

**ORDER**

_____/

A consent decree related to the testing and treatment of inmates with Hepatitis C was entered on October 29, 2020 and this case was closed (ECF No. 80). Craig Miller Inmate #82754 has filed a letter concerning his medical treatment and medication for Hepatitis C (ECF No. 82). A document requesting court action must be styled as a motion, not a letter. In this instance, Mr. Miller must not file motions in this closed case. If he has a complaint regarding his medical treatment he may choose any number of options available to him including, but not limited to, contacting NDOC's medical department, seeking administrative remedies, or initiating a separate civil case.

The Clerk shall serve a copy of this order on Craig Miller, Inmate #82754 at Northern Nevada Correctional Center either electronically or by U.S. Mail.

IT IS SO ORDERED.

DATED: December 11, 2020.

_____
UNITED STATES MAGISTRATE JUDGE