# Exhibit 1

Spreadsheet

# Exhibit 1

| NDOC# | LAST NAME | FIRST NAME | DOB | SEX | DATE OF TEST |
|---|---|---|---|---|---|
| ██ | | ██ | ██ | M | 10/31/2020 |
| ████ | | ██ | ██ | M | 11/5/2020 |
| ████ | ██ | ██ | M | 11/7/2020 |
| ████ | ██ | ██ | M | 11/7/2020 |
| ████ | | ██ | ██ | M | 11/7/2020 |
| ████ | | ██ | ████ | M | 11/7/2020 |
| ████ | | ██ | ██ | M | 11/7/2020 |
| ████ | | ██ | ██ | M | 11/7/2020 |
| ██ | ██ | ██ | ██ | M | 11/9/2020 |
| ██ | ██ | ██ | ██ | M | 11/10/2020 |
| ████ | | ██ | ██ | M | 11/12/2020 |
| ████ | | ██ | ██ | M | 11/12/2020 |
| ██ | | ████ | ██ | M | 11/12/2020 |
| ██ | ██ | ██ | ██ | M | 11/12/2020 |
| ██ | ██ | ██ | ██ | M | 11/13/2020 |
| ████ | | ██ | ██ | F | 11/13/2020 |
| ████ | | ██ | ██ | M | 11/16/2020 |
| ██ | | ██ | ██ | M | 11/16/2020 |
| ██ | | ██ | ██ | M | 11/17/2020 |
| ██ | | ████ | ██ | M | 11/17/2020 |
| ██ | | ██ | ██ | M | 11/17/2020 |
| ████ | | ██ | ██ | M | 11/17/2020 |
| ██ | | ██ | ██ | M | 11/18/2020 |
| ██ | | ██ | ██ | M | 11/18/2020 |
| ██ | ██ | ████ | ██ | M | 11/18/2020 |
| ████ | | ██ | ██ | M | 11/18/2020 |
| ████ | | ██ | ██ | M | 11/18/2020 |
| ████ | | ██ | ██ | M | 11/18/2020 |
| ██ | | ██ | ██ | M | 11/18/2020 |
| ██ | ██ | ██ | ██ | M | 11/18/2020 |
| ████ | | ██ | ██ | M | 11/24/2020 |
| ██ | ██ | ██ | ██ | M | 11/25/2020 |
| ████ | | ██ | ██ | M | 11/25/2020 |
| ████ | | ████ | ██ | M | 11/30/2020 |
| ██ | | ████ | | M | 12/1/2020 |
| ██ | | ██ | ██ | M | 12/8/2020 |
| ██ | ████ | | ██ | M | 12/8/2020 |
| ██ | | ██ | ██ | M | 12/10/2020 |
| ██ | ██ | ██ | ██ | M | 12/10/2020 |
| ██ | | ██ | ██ | M | 12/14/2020 |
| ██ | | ██ | ██ | M | 12/14/2020 |
| ████ | | ██ | ██ | M | 12/14/2020 |
| ██ | | ██ | ████ | M | 12/14/2020 |
| ████ | | ██ | ████ | M | 12/14/2020 |
| ████ | | ██ | ██ | M | 12/14/2020 |
| ██ | | ██ | ██ | M | 12/14/2020 |

| | | | | | |
|---|---|---|---|---|---|
| ███████ | | ████ | ████████ | M | 12/15/2020 |
| ████ | █████ | ████ | ██████ | M | 12/15/2020 |
| ████████ | | ████████████ | ██████ | M | 12/15/2020 |
| ████ | ██████ | ███████ | ██████ | M | 12/15/2020 |
| ███████ | | ████████ | ██████ | M | 12/16/2020 |
| ████ | ████████ | ████████ | ██████ | M | 12/16/2020 |
| █████████ | | ████████ | ██████ | M | 12/16/2020 |
| ██████████ | | ████ | ██████ | M | 12/17/2020 |
| █████████ | | ████████ | ██████ | M | 12/17/2020 |
| ██████ | | ████████ | ██████ | M | 12/18/2020 |
| ██████ | | ████ | ██████ | M | 12/18/2020 |
| ████████ | | █████████ | ██████ | M | 12/18/2020 |
| ████████ | | ████████ | ██████ | F | 12/18/2020 |
| █████████ | | ████ | ██████ | M | 12/21/2020 |
| █████████ | | ██████████ | ██████ | M | 12/21/2020 |
| ███████ | | ████████ | ██████ | M | 12/21/2020 |
| ████ | █████ | ████████ | ██████ | M | 12/21/2020 |
| ████ | █████ | ████████ | ███████ | M | 12/21/2020 |
| ████ | █████ | ████ | ██████ | M | 12/21/2020 |
| █████████ | | ████ | ██████ | F | 12/21/2020 |
| ███████ | | ████ | ██████ | M | 12/22/2020 |
| █████████ | | ████ | █████ | M | 12/22/2020 |
| ████ | █████ | ████████ | ██████ | M | 12/22/2020 |
| ████████ | | ████████ | ██████ | M | 12/22/2020 |
| █████████ | | ████ | ███████ | M | 12/22/2020 |
| ███████ | | ████ | ██████ | M | 12/22/2020 |
| █████████ | | ████████ | ██████ | M | 12/22/2020 |
| ████████ | | ████████ | ██████ | M | 12/22/2020 |
| ████████ | | ████████ | ██████ | M | 12/22/2020 |
| ███████ | | ████ | ██████ | M | 12/22/2020 |
| ████████ | | ████████ | ██████ | M | 12/22/2020 |
| ████████ | | ████ | ██████ | M | 12/22/2020 |
| ██████ | | ████████ | ██████ | M | 12/22/2020 |
| ████ | █████ | ████████ | ██████ | M | 12/23/2020 |
| ████████ | | ████████ | ██████ | M | 12/23/2020 |
| ████████ | | ██████████ | ██████ | M | 12/23/2020 |
| ████ | ██████ | ████████ | ██████ | M | 12/23/2020 |
| ████ | █████ | ██████████ | ██████ | M | 12/23/2020 |
| ████ | █████ | ████████ | ██████ | M | 12/23/2020 |
| ████ | █████ | ████ | ██████ | M | 12/23/2020 |
| ██████ | | ████ | ███████ | M | 12/23/2020 |
| ████ | █████ | ████ | ██████ | M | 12/24/2020 |
| █████████ | | ████████ | ██████ | M | 12/24/2020 |
| █████████ | | ████ | ██████ | M | 12/28/2020 |
| ███████ | | ████ | ██████ | M | 12/29/2020 |
| ███████ | | ████████ | ██████ | M | 12/29/2020 |

| | | | | | |
|---|---|---|---|---|---|
| ███ | ███████████████ | ███████ | ███████ | M | 12/30/2020 |
| ████ | ████ | | ███████ | M | 12/30/2020 |
| ████████████ | | ██████████████ | ███████ | M | 12/30/2020 |
| ████ | ███████ | ██████ | ███████ | M | 12/30/2020 |
| ███████ | | ██████ | ███████ | M | 1/4/2021 |
| ██████ | | █████ | ███████ | M | 1/4/2021 |
| █████ | | █████ | ███████ | M | 1/5/2021 |
| ████████ | | ██████ | ███████ | M | 1/5/2021 |
| ███████ | | █████ | ███████ | M | 1/5/2021 |
| ██████████ | | ███████ | ███████ | M | 1/5/2021 |
| ████████ | | ██████ | ███████ | M | 1/5/2021 |
| █████████ | | ███████ | ███████ | M | 1/6/2021 |
| ████████████████ | | | ███████ | M | 1/6/2021 |
| ████████ | | ███████ | ███████ | M | 1/6/2021 |
| ████████ | | ███████ | ███████ | M | 1/9/2021 |
| ██████████████ | | | ███████ | M | 1/11/2021 |
| ████████ | | | ███████ | M | 1/12/2021 |
| ██████ | | ██████ | ███████ | M | 1/12/2021 |
| ██████ | | █████ | ███████ | M | 1/14/2021 |
| █████████ | | ███████ | ███████ | M | 1/14/2021 |
| ██████ | | █████ | ███████ | F | 1/14/2021 |
| █████████ | | █████ | ███████ | F | 1/15/2021 |
| ████████ | | ███ | ███████ | M | 1/16/2021 |
| ███████ | | | ███████ | M | 1/19/2021 |
| ██████ | | ██████ | ███████ | M | 1/19/2021 |
| ███████ | | ██████ | ███████ | M | 1/5/2021 |

| NOTIS ID | NOTIS Last | NOTIS First | DOB | PEXD |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | 12/25/2020 |
| ███ | ███ | ███ | ███ | 01/04/2021 |
| ███ | ████ | ████ | ███ | 01/09/2021 |
| ███ | ███ | ███ | ███ | 01/21/2021 |
| ██ | ███ | ████ | ███ | 01/28/2021 |
| ██ | ███ | ████ | ███ | 01/30/2021 |
| ███ | ███ | ███ | ███ | 02/02/2021 |
| ███ | ████ | ████ | ███ | 02/08/2021 |
| ███ | ████ | ███ | | 02/08/2021 |
| ██ | ███ | █████ | ███ | 02/09/2021 |
| ███ | ███ | ███ | ███ | 02/10/2021 |
| ███ | ███ | ███ | ███ | 02/12/2021 |
| ██ | | ███ | | 02/13/2021 |
| ███ | ███ | ████ | ███ | 02/18/2021 |
| ███ | ███ | ███ | ███ | 02/18/2021 |
| ███ | ███ | ███ | ███ | 02/22/2021 |
| ██ | ██████ | | ███ | 02/24/2021 |
| ███ | ███ | ███ | ███ | 02/24/2021 |
| ███ | ████ | ████ | ███ | 02/25/2021 |
| ███ | | ██ | ███ | 02/28/2021 |
| ███ | ███ | ███ | ███ | 02/28/2021 |
| ██ | ████ | ████ | ███ | 03/01/2021 |
| ███ | ███ | ███ | ███ | 03/02/2021 |
| ███ | ████ | ████ | ███ | 03/02/2021 |
| ███ | ███ | ███ | ███ | 03/07/2021 |
| ███ | ███ | ███ | ███ | 03/09/2021 |
| ███ | ███ | ██ | ███ | 03/20/2021 |
| ███ | ███ | ██ | ███ | 03/20/2021 |
| ███ | ███ | █████ | ███ | 03/22/2021 |
| ███ | ███ | ███ | ███ | 03/23/2021 |
| ███ | ███ | ███ | ███ | 03/26/2021 |
| ██ | ███ | ███ | ███ | 03/27/2021 |
| ██ | ███ | ████ | ███ | 03/29/2021 |
| ██ | ███ | █████ | ███ | 04/01/2021 |
| ███ | ███ | ███ | ███ | 04/03/2021 |
| ███ | ███ | ███ | ███ | 04/04/2021 |
| ███ | ███ | ███ | ███ | 04/04/2021 |
| ██ | ██ | ███ | ███ | 04/06/2021 |
| ███ | ███ | ███ | ███ | 04/06/2021 |
| ███ | ███ | ███ | ███ | 04/06/2021 |
| ██ | ███ | | ███ | 04/07/2021 |
| ███ | ███ | ████ | ███ | 04/09/2021 |
| ███ | ██ | ███ | ███ | 04/12/2021 |
| ███ | ███ | ███ | ███ | 04/13/2021 |

| | | | | |
|---|---|---|---|---|
| ▬ | ▬ | ▬ | ▬ | 04/13/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/14/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/15/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/16/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/16/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/16/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/17/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/18/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/19/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/22/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/25/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/28/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/28/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/29/2021 |
| ▬ | ▬ | ▬ | ▬ | 04/30/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/03/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/05/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/06/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/06/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/07/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/10/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/13/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/17/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/17/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/17/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/19/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/20/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/20/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/21/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/21/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/22/2021 |
| ▬ | ▬ | ▬ | ▬ | 05/27/2021 |
| ▬ | ▬ | ▬ | ▬ | PAROLING 1/28/21 |

| NDOC | LAST NAME | FIRST NAME | DOB | DATE OF TREATMENT START | MEDICATION |
|------|-----------|------------|-----|-------------------------|------------|
| ███ | ███ | ███ | ███ | 11/20/2020 | EPCLUSA |
| ███ | ███ | ███ | ███ | 11/23/2020 | EPCLUSA |
| ███ | ███ | ███ | ███ | 11/23/2020 | EPCLUSA |
| ███ | ███ | ███ | ███ | 11/23/2020 | EPCLUSA |
| ███ | ███ | ███ | ███ | 11/19/2020 | EPCLUSA |
| ███ | ███ | ███ | ███ | 11/19/2020 | EPCLUSA |
| ███ | ███ | ███ | ███ | 11/16/2020 | EPCLUSA |
| ███ | ███ | ███ | ███ | 1/21/2021 | EPCLUSA |
| ███ | ███ | ███ | ███ | 1/22/2021 | EPCLUSA |
| ███ | ███ | ███ | ███ | 1/22/2021 | EPCLUSA |
| ███ | ███ | ███ | ███ | 1/26/2021 | EPCLUSA |
| ███ | ███ | ███ | ███ | 1/14/2021 | EPCLUSA |
| ███ | ███ | ███ | ███ | 1/22/2021 | EPCLUSA |
| ███ | ███ | ███ | ███ | 1/13/2021 | EPCLUSA |
| ███ | ███ | ███ | ███ | 1/13/2021 | EPCLUSA |