# Exhibit 2

Agendas

# Exhibit 2



**Board of State**
**Prison Commissioners**

**STEVE SISOLAK**
*GOVERNOR*

**AARON FORD**
*ATTORNEY GENERAL*

**BARBARA K.**
**CEGAVSKE**
*SECRETARY OF STATE*

**STATE OF NEVADA**
**DEPARTMENT OF CORRECTIONS**

Medical Administration
Stewart Facility
5500 Snyder Ave.
Carson City, NV
Phone: 775 887 3294
Fax: 775 887 3372
Email: dmilazzo@doc.nv.gov

**STEVE SISOLAK**
*GOVERNOR*

**CHARLES DANIELS**
*DIRECTOR*

**MICHAEL MINEV, MD**
*MEDICAL DIRECTOR*

Date: November 2nd, 2020

TO:           Hepatitis C Committee

FROM:        Miguel Forero, DCS

SUBJECT:     Agenda for Scheduled November 4th, 2020

2 applications to review:

| Name | ID # | Facility | APRI | FibroSure | Genoty | Viral Load | PED | Notes | Approval level |
|------|------|----------|------|-----------|--------|------------|-----|-------|----------------|
| ███████ | ███ | NNCC | 2.701 | F3-BRID/A3-SEV | 1A | 4230000/6.626 | | | |
| ███████ | ███ | NNCC | 0.602 | F3-BRID/A1-A2 | 1A | 9270000/6.967 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Board of State**
**Prison Commissioners**

**STEVE SISOLAK**
*GOVERNOR*

**AARON FORD**
*ATTORNEY GENERAL*

**BARBARA K.**
**CEGAVSKE**
*SECRETARY OF STATE*

**STATE OF NEVADA**
**DEPARTMENT OF CORRECTIONS**

Medical Administration
Stewart Facility
5500 Snyder Ave.
Carson City, NV
Phone: 775 887 3294
Fax: 775 887 3372
Email: dmilazzo@doc.nv.gov

**STEVE SISOLAK**
*GOVERNOR*

**CHARLES DANIELS**
*DIRECTOR*

**MICHAEL MINEV, MD**
*MEDICAL DIRECTOR*

Date: November 2nd, 2020

TO:        Hepatitis C Committee

FROM:      Miguel Forero, DCS

SUBJECT:   Agenda for Scheduled November 4th, 2020

2 applications to review:

| Name | ID # | Facility | APRI | FibroSure | Genoty | Viral Load | PED | Notes | Approval level |
|------|------|----------|------|-----------|--------|------------|-----|-------|----------------|
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |

**\*\*CONSENT AGENDA\*\***
**HCV Committee**
**January 13, 2021 Meeting**

| NOTIS ID | NOTIS Last | NOTIS First | DOB | HCV Ab | HCV RNA NAA Qualitative | Hep C Quantitation | HCV RNA (IU) | Hep C Genotype | Fibrosis Stage | PEXD | Facility | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | #N/A | | 1740.00 | #N/A | 1a | F1-F2 | 09/10/2021 | CGTH | 2 |
| ▓ | ▓ | ▓ | ▓ | | | 3320.00 | | 1a | F1-F2 | 7/1/2021 | ESP | 2 |
| ▓ | ▓ | ▓ | ▓ | >11.0 | | 8900000.00 | | 1a | APRI 0.7 | 12/03/2022 | ESP | 2 |
| ▓ | ▓ | ▓ | ▓ | >11.0 | | 699 | #N/A | 1a | F2 - Bridging fibrosis with few septa | 09/29/2024 | ESP | 2 |
| ▓ | ▓ | ▓ | ▓ | >11.0 | | 6910 | #N/A | 1b | F2 - Bridging fibrosis with few septa | 08/01/2028 | ESP | 2 |
| ▓ | ▓ | ▓ | ▓ | >11.0 | | #N/A | #N/A | 1a | F1-F2 | 09/14/2028 | ESP | 2 |
| ▓ | ▓ | ▓ | ▓ | >11.0 | | 769 | #N/A | 1a | F1-F2 | LWOP | ESP | 2 |
| ▓ | ▓ | ▓ | ▓ | >11.0 | | 3900.00 | #N/A | 4 | F2 - Bridging fibrosis with few septa | LWOP | ESP | 2 |
| ▓ | ▓ | ▓ | ▓ | >11.0 | >11.0 | 2490.00 | #N/A | 1a | F1-F2 | 07/22/2021 | FMWCC | 2 |
| ▓ | ▓ | ▓ | ▓ | >11.0 | | 3110.00 | #N/A | 1a | F2 - Bridging fibrosis with few septa | 04/07/2022 | FMWCC | 2 |
| ▓ | ▓ | ▓ | ▓ | #N/A | | 1270.00 | #N/A | 2b | F2 - Bridging fibrosis with few septa | 02/22/2027 | FMWCC | 2 |
| ▓ | ▓ | ▓ | ▓ | #N/A | >11.0 | 4920.00 | #N/A | 1b | F1-F2 | LWOP | FMWCC | 2 |
| ▓ | ▓ | ▓ | ▓ | >11.0 | | 2360.00 | #N/A | 1a | F1-F2 | 04/06/2021 | HDSP | 2 |
| ▓ | ▓ | ▓ | ▓ | >11.0 | | #N/A | #N/A | #N/A | F2 - Bridging fibrosis with few septa | 05/20/2021 | HDSP | 2 |
| ▓ | ▓ | ▓ | ▓ | >11.0 | | 0.92 | #N/A | Unable to determine the genotype on repeated attempts. | F1-F2 | 05/22/2021 | HDSP | 2 |
| ▓ | ▓ | ▓ | ▓ | >11.0 | | 333.00 | #N/A | 3 | F1-F2 | 09/06/2021 | HDSP | 2 |

**\*\*CONSENT AGENDA\*\***
**HCV Committee**
**January 13, 2021 Meeting**

| NOTIS ID | NOTIS Last | NOTIS First | DOB | HCV Ab | HCV RNA NAA Qualitative | Hep C Quantitation | HCV RNA (IU) | Hep C Genotype | Fibrosis Stage | PEXD | Facility | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■■■ | ■■■ | ■■ | ■■ | >11.0 | | 10500000 | #N/A | #N/A | F1-F2 | 09/12/2021 | HDSP | 2 |
| ■■■ | ■■■ | ■■ | ■■ | >11.0 | | #N/A | #N/A | #N/A | F1-F2 | 11/01/2021 | HDSP | 2 |
| ■■■ | ■■■ | ■■ | ■■ | >11.0 | | #N/A | #N/A | #N/A | F2 - Bridging fibrosis with few septa | 12/22/2021 | HDSP | 2 |
| ■■ | ■■■ | ■■ | ■■ | >11.0 | | #N/A | #N/A | #N/A | F2 - Bridging fibrosis with few septa | 02/23/2022 | HDSP | 2 |
| ■■■ | ■■ | ■■ | ■■ | >11.0 | | 720.00 | #N/A | 1b | F2 - Bridging fibrosis with few septa | 03/18/2022 | HDSP | 2 |
| ■■■ | ■■ | ■■ | ■■ | #N/A | #N/A | 3760.00 | #N/A | 3 | F1 - Portal fibrosis | 05/07/2021 | LCC | 3 |
| ■■ | ■■ | ■■ | ■■ | #N/A | #N/A | 1220.00 | #N/A | 4 | F2 - Bridging fibrosis with few septa | 05/19/2021 | LCC | 2 |
| ■■■ | ■■ | ■ | ■■ | >11.0 | Positive | 4930.00 | #N/A | 2b | F0-F1 | 03/08/2022 | LCC | 3 |
| ■■■ | ■■ | ■ | ■■ | >11.0 | Positive | 290.00 | #N/A | 1a | F1-F2 | 08/22/2022 | LCC | 2 |
| ■■ | ■■■ | ■■ | ■■ | >11.0 | Positive | #N/A | #N/A | #N/A | F2 - Bridging fibrosis with few septa | 01/17/2023 | LCC | 2 |
| ■■ | ■■ | ■■ | ■■ | #N/A | #N/A | 11.80 | #N/A | 2b | F2 - Bridging fibrosis with few septa | 03/19/2023 | LCC | 2 |
| ■■■ | ■■ | ■■ | | >11.0 | Positive | 7.43 | #N/A | 1a | F0-F1 | 06/16/2023 | LCC | 3 |
| ■■■ | ■■ | ■■ | ■■ | >11.0 | Positive | 2950.00 | #N/A | 1a | F1-F2 | 10/03/2023 | LCC | 2 |
| ■■ | ■■ | ■■ | ■■ | #N/A | #N/A | 38.70 | #N/A | 1a | F2 - Bridging fibrosis with few septa | 10/04/2023 | LCC | 2 |
| ■■ | ■■■ | | ■■ | >11.0 | Positive | PINC | 14000 | #N/A | F1-F2 | 11/27/2023 | LCC | 2 |
| ■■ | ■■■ | | ■■ | >11.0 | Positive | PINC | 11500 | 1a | F1 - Portal fibrosis | 01/29/2024 | LCC | 3 |
| ■■■ | ■■ | | ■■ | >11.0 | Positive | 7770.00 | #N/A | 1a | F1-F2 | 03/31/2024 | LCC | 2 |

**\*\*CONSENT AGENDA\*\***
**HCV Committee**
**January 13, 2021 Meeting**

| NOTIS ID | NOTIS Last | NOTIS First | DOB | HCV Ab | HCV RNA NAA Qualitative | Hep C Quantitation | HCV RNA (IU) | Hep C Genotype | Fibrosis Stage | PEXD | Facility | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| █ | █ | █ | █ | >11.0 | Positive | 6750.00 | #N/A | 1a | F1-F2 | 07/24/2024 | LCC | 2 |
| █ | █ | █ | █ | >11.0 | Positive | PINC | 24500 | 1a | F2 - Bridging fibrosis with few septa | 12/31/2024 | LCC | 2 |
| █ | █ | █ | █ | >11.0 | Positive | 8810.00 | #N/A | 1a | F0-F1 | 01/10/2025 | LCC | 3 |
| █ | █ | █ | █ | >11.0 | Positive | 2600.00 | #N/A | 1a | F0-F1 | 01/18/2025 | LCC | 3 |
| █ | █ | █ | █ | >11.0 | Positive | 4690.00 | #N/A | 1a | F0 - No fibrosis | 03/27/2025 | LCC | 3 |
| █ | █ | █ | █ | >11.0 | Positive | #N/A | #N/A | #N/A | F1-F2 | 01/08/2026 | LCC | 2 |
| █ | █ | █ | █ | >11.0 | Positive | 5330.00 | #N/A | 1b | F1-F2 | 03/17/2026 | LCC | 2 |
| █ | █ | █ | █ | >11.0 | Positive | 142.00 | #N/A | 1b | F2 - Bridging fibrosis with few septa | 10/14/2026 | LCC | 2 |
| █ | █ | █ | █ | >11.0 | Positive | 241.00 | #N/A | 1a | F1-F2 | 01/31/2027 | LCC | 2 |
| █ | █ | █ | █ | #N/A | #N/A | 2420.00 | #N/A | 2b | F1-F2 | 03/29/2027 | LCC | 2 |
| █ | █ | █ | █ | >11.0 | Positive | 8700.00 | #N/A | #N/A | F1-F2 | 01/14/2028 | LCC | 2 |
| █ | █ | █ | █ | >11.0 | Positive | 5810.00 | #N/A | 1b | F1-F2 | 06/09/2028 | LCC | 2 |
| █ | █ | █ | █ | >11.0 | Positive | 5.77 | #N/A | 1a | F1-F2 | 10/22/2028 | LCC | 2 |
| █ | █ | █ | █ | >11.0 | Positive | 2320.00 | #N/A | 1b | F1-F2 | 08/01/2030 | LCC | 2 |
| █ | █ | █ | █ | >11.0 | Positive | 9390.00 | #N/A | 1a | F1 - Portal fibrosis | 10/02/2030 | LCC | 3 |
| █ | █ | █ | █ | >11.0 | Positive | 1220.00 | #N/A | 1a | F1-F2 | 09/05/2031 | LCC | 2 |
| █ | █ | █ | █ | >11.0 | Positive | 31.10 | #N/A | 3 | F1-F2 | 10/21/2032 | LCC | 2 |

**\*\*CONSENT AGENDA\*\***
**HCV Committee**
**January 13, 2021 Meeting**

| NOTIS ID | NOTIS Last | NOTIS First | DOB | HCV Ab | HCV RNA NAA Qualitative | Hep C Quantitation | HCV RNA (IU) | Hep C Genotype | Fibrosis Stage | PEXD | Facility | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ██ | ██ | >11.0 | Positive | 7270.00 | #N/A | 1a | F0-F1 | 06/12/2043 | LCC | 3 |
| ██ | ██ | ██ | ██ | >11.0 | Positive | PINC | 22600 | 1a | F1-F2 | 06/28/2081 | LCC | 2 |
| ██ | ██ | ██ | ██ | >11.0 | Positive | 1550.00 | #N/A | 1a | F1 - Portal fibrosis | Life - NPED 01/01/2022 | LCC | 3 |
| ██ | ██ | ██ | ██ | >11.0 | Positive | PINC | 26300 | 1a | F0-F1 | Life - NPED 10/01/2023 | LCC | 3 |
| ██ | ██ | ██ | ██ | #N/A | #N/A | 35.20 | #N/A | 1a | F1-F2 | Life - PED 07/15/2024 | LCC | 2 |
| ██ | ██ | ██ | ██ | #N/A | #N/A | 646.00 | #N/A | 1a | F1-F2 | Life - PED 10/06/24 Safekeeper | LCC | 2 |
| ██ | ██ | ██ | ██ | >11.0 | Positive | 4300.00 | #N/A | 1a | F1-F2 | LWOP | LCC | 2 |
| ██ | ██ | ██ | ██ | >11.0 | Positive | 8270.00 | #N/A | 1a | F1-F2 | LWOP | LCC | 2 |
| ██ | ██ | ██ | ██ | >11.0 | Positive | HCVTND | #N/A | #N/A | F1 - Portal fibrosis | LWOP | LCC | 3 |
| ██ | ██ | ██ | ██ | >11.0 | Positive | #N/A | #N/A | 1a | F2 - Bridging fibrosis with few septa | LWOP | LCC | 2 |
| ██ | ██ | ██ | ██ | #N/A | #N/A | 8180.00 | #N/A | 3 | F1-F2 | LWOP | LCC | 2 |
| ██ | ██ | ██ | ██ | >11.0 | Positive | 51.00 | #N/A | 2b | F1-F2 | LWOP | LCC | 2 |
| ██ | ██ | ██ | ██ | >11.0 | Positive | 482.00 | #N/A | 1a | F0-F1 | LWOP | LCC | 3 |
| ██ | ██ | ██ | ██ | #N/A | #N/A | PINC | 20700 | 2b | F1-F2 | LWOP | LCC | 2 |
| ██ | ██ | ██ | ██ | >11.0 | | #N/A | #N/A | #N/A | F2 - Bridging fibrosis with few septa | 03/05/2021 | NNCC | 2 |
| ██ | ██ | ██ | ██ | #N/A | | 220 | #N/A | 2b | F2 - Bridging fibrosis with few septa | 05/06/2021 | NNCC | 2 |
| ██ | ██ | ██ | ██ | >11.0 | | 3570 | #N/A | 1a | F2 - Bridging fibrosis with few septa | 06/03/2021 | NNCC | 2 |

**\*\*CONSENT AGENDA\*\***
**HCV Committee**
**January 13, 2021 Meeting**

| NOTIS ID | NOTIS Last | NOTIS First | DOB | HCV Ab | HCV RNA NAA Qualitative | Hep C Quantitation | HCV RNA (IU) | Hep C Genotype | Fibrosis Stage | PEXD | Facility | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | >11.0 | | 90.80 | #N/A | 1a | F1-F2 | 06/13/2021 | NNCC | 2 |
| | | | | #N/A | | 2100.00 | #N/A | 1a | F2 - Bridging fibrosis with few septa | 06/18/2021 | NNCC | 2 |
| | | | | >11.0 | | 4730.00 | #N/A | 2b | F1-F2 | 08/13/2021 | NNCC | 2 |
| | | | | >11.0 | | 2120.00 | #N/A | 1a | F2 - Bridging fibrosis with few septa | 02/06/2022 | NNCC | 2 |
| | | | | >11.0 | | 271.00 | #N/A | 1a | F2 - Bridging fibrosis with few septa | 02/10/2022 | NNCC | 2 |
| | | | | >11.0 | | 1400.00 | #N/A | 3 | F1-F2 | 11/23/2021 | NNTH | 2 |
| | | | | >11.0 | | 26.10 | #N/A | 1a | F1-F2 | 04/03/2021 | PCC | 2 |
| | | | | >11.0 | | 4730.00 | #N/A | 1a | F1-F2 | 04/11/2022 | PCC | 2 |
| | | | | >11.0 | | 133.00 | #N/A | 1a | F1-F2 | 08/02/2021 | SCC | 2 |
| | | | | >11.0 | | 1140.00 | #N/A | 1a | F2 - Bridging fibrosis with few septa | 10/30/2021 | SCC | 2 |
| | | | | #N/A | | 4020.00 | #N/A | 1a | F1-F2 | 09/21/2022 | SCC | 2 |
| | | | | >11.0 | | 195000.00 | | | F1-F2 | 09/27/2022 | SCC | 2 |
| | | | | >11.0 | | PINC | 57500 | 1a | F2 - Bridging fibrosis with few septa | 03/03/2024 | SCC | 2 |
| | | | | #N/A | | 130.00 | #N/A | 1a | F2 - Bridging fibrosis with few septa | 06/09/2024 | SCC | 2 |
| | | | | >11.0 | | 13.20 | #N/A | 3 | F2 - Bridging fibrosis with few septa | 06/27/2024 | SCC | 2 |
| | | | | #N/A | | PINC | 11800 | 1a | F1-F2 | 10/26/2026 | SCC | 2 |
| | | | | #N/A | | PINC | 28100 | 1a | F1-F2 | 04/26/2034 | SCC | 2 |

**\*\*CONSENT AGENDA\*\***
**HCV Committee**
**January 13, 2021 Meeting**

| NOTIS ID | NOTIS Last | NOTIS First | DOB | HCV Ab | HCV RNA NAA Qualitative | Hep C Quantitation | HCV RNA (IU) | Hep C Genotype | Fibrosis Stage | PEXD | Facility | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | >11.0 | | #N/A | #N/A | 1a | F1-F2 | 04/16/2021 | SDCC | 2 |
| ▮ | ▮ | ▮ | ▮ | >11.0 | | 0.65 | #N/A | 2b | F2 - Bridging fibrosis with few septa | 07/23/2021 | SDCC | 2 |
| ▮ | ▮ | ▮ | ▮2 | #N/A | >11.0 | 923.00 | #N/A | 1a | F1-F2 | 08/08/2021 | SDCC | 2 |
| ▮ | ▮ | ▮ | | >11.0 | | 159.00 | #N/A | More than one HCV genotype detected: | F1-F2 | 09/04/2021 | SDCC | 2 |
| ▮ | ▮ | ▮ | ▮ | >11.0 | | 42.50 | #N/A | 3 | F2 - Bridging fibrosis with few septa | 04/27/2022 | SDCC | 2 |
| ▮ | ▮ | ▮ | ▮ | #N/A | | 1780.00 | #N/A | 1a | F1-F2 | 05/12/2022 | SDCC | 2 |
| ▮ | ▮ | ▮ | ▮ | >0.11 | | 9240.00 | #N/A | 3 | F1-F2 | 07/14/2022 | SDCC | 2 |
| ▮ | ▮ | ▮ | ▮ | #N/A | | 9980.00 | #N/A | 1a | F1-F2 | 05/02/2023 | SDCC | 2 |
| ▮ | ▮ | ▮ | ▮ | #N/A | | 70.60 | #N/A | 1a | F2 - Bridging fibrosis with few septa | 09/22/2023 | SDCC | 2 |
| ▮ | ▮ | ▮ | ▮ | >11.0 | | #N/A | #N/A | #N/A | F2 - Bridging fibrosis with few septa | 04/30/2021 | TLVCC | 2 |
| ▮ | ▮ | ▮ | ▮ | >11.0 | | 192.00 | #N/A | 2b | F1-F2 | 07/14/2021 | TLVCC | 2 |
| ▮ | ▮ | ▮ | ▮ | #N/A | | 9520.00 | #N/A | 1a | F1-F2 | 09/16/2022 | TLVCC | 2 |
| ▮ | ▮ | ▮ | ▮ | #N/A | | 2630.00 | #N/A | 1a | F1-F2 | 09/09/2025 | TLVCC | 2 |
| ▮ | ▮ | ▮ | ▮ | >11.0 | | PINC | 19300 | 1a | F1-F2 | 04/16/2021 | WSCC | 2 |
| ▮ | ▮ | ▮ | ▮ | >11.0 | | 7290.00 | #N/A | 1a | F2 - Bridging fibrosis with few septa | 05/17/2021 | WSCC | 2 |
| ▮ | ▮ | ▮ | ▮ | >11.0 | | PINC | 18100 | 1a | F1-F2 | 06/10/2021 | WSCC | 2 |
| ▮ | ▮ | ▮ | ▮ | #N/A | | PINC | 18800 | 3 | F2 - Bridging fibrosis with few septa | 09/15/2021 | WSCC | 2 |

**\*\*CONSENT AGENDA\*\***
**HCV Committee**
**January 13, 2021 Meeting**

| NOTIS ID | NOTIS Last | NOTIS First | DOB | HCV Ab | HCV RNA NAA Qualitative | Hep C Quantitation | HCV RNA (IU) | Hep C Genotype | Fibrosis Stage | PEXD | Facility | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | ████ | ████ | ███ | >11.0 | | 8500.00 | #N/A | 1a | F1-F2 | 08/02/2023 | WSCC | 2 |
| █████ | | ████ | ███ | #N/A | | 510.00 | #N/A | 3 | F2 - Bridging fibrosis with few septa | 09/09/2024 | WSCC | 2 |
| ██████ | ██ | ███ | #N/A | >11.0 | | 113.00 | #N/A | 1a | F1-F2 | 01/28/2025 | WSCC | 2 |
| █████ | ███ | ████ | >11.0 | | | 1240.00 | #N/A | 1a | F2 - Bridging fibrosis with few septa | 02/26/2026 | WSCC | 2 |
| █████ | ██ | ██ | #N/A | >11.0 | 18100 | #N/A | 1a | F1-F2 | 12/20/2026 | WSCC | 2 |
| ███ | ███ | ██████ | >11.0 | | 25.70 | | 1a | F2 - Bridging fibrosis with few septa | 01/29/2028 | WSCC | 2 |