# Exhibit 3
Minutes

# Exhibit 3



*Board of State Prison Commissioners*

**STEVE SISOLAK**
*GOVERNOR*

**AARON FORD**
*ATTORNEY GENERAL*

**BARBARA K. CEGAVSKE**
*SECRETARY OF STATE*

**STATE OF NEVADA**
**DEPARTMENT OF CORRECTIONS**

Medical Administration
Stewart Facility
5500 Snyder Ave.
Carson City, NV
Phone: 775 887 3294
Fax: 775 887 3372
Email: dmilazzo@doc.nv.gov

**STEVE SISOLAK**
*GOVERNOR*

**CHARLES DANIELS**
*DIRECTOR*

**MICHAEL MINEV, MD**
*MEDICAL DIRECTOR*

Date: November 2nd, 2020

TO: Hepatitis C Committee

FROM: Miguel Forero, DCS

SUBJECT: Minutes for Scheduled November 4th, 2020

2 applications to review:

| Name | ID # | Facility | APRI | FibroSure | Genoty | Viral Load | PED | Notes | Approval level |
|---|---|---|---|---|---|---|---|---|---|
| ▇▇▇ | ▇ | NNCC | 2.701 | F3-BRID/A3-SEV | 1A | 4230000/6.626 | 11/02/21 | | LEVEL 1 |
| ▇▇▇ | ▇ | NNCC | 0.602 | F3-BRID/A1-A2 | 1A | 9270000/6.967 | 05/17/22 | | LEVEL 1 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



*Board of State Prison Commissioners*

**STEVE SISOLAK**
*GOVERNOR*

**AARON FORD**
*ATTORNEY GENERAL*

**BARBARA K. CEGAVSKE**
*SECRETARY OF STATE*

Medical Administration
Stewart Facility
5500 Snyder Ave.
Carson City, NV
Phone: 775 887 3294
Fax: 775 887 3372
Email: dmilazzo@doc.nv.gov

**STEVE SISOLAK**
*GOVERNOR*

**CHARLES DANIELS**
*DIRECTOR*

**MICHAEL MINEV, MD**
*MEDICAL DIRECTOR*

Date: November 2nd, 2020

TO: Hepatitis C Committee

FROM: Miguel Forero, DCS

SUBJECT: Minutes for Scheduled November 4th, 2020

2 applications to review:

| Name | ID # | Facility | APRI | FibroSure | Genoty | Viral Load | PED | Notes | Approval level |
|------|------|----------|------|-----------|--------|------------|-----|-------|----------------|
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |
|      |      |          |      |           |        |            |     |       |                |

# Nevada Department of Corrections
# Medical Division

Hepatitis C Committee Meeting
December 2, 2020

| Present: | Terence Agustin, MD | Martin Naughton, MD | Lorenzo Villegas, APRN |
|---|---|---|---|
| | Kellen Nomura, CN II | Miguel Forero | Waverly Hill |
| | George Taino, CNIII | Donnamarie Milazzo | |

**Discussion of Inmate Applications**

- The applicant on the agenda was approved for treatment and will be placed on the HCV Treatment list:
    - # 

**Discussion of HCV Committee Changes**

George Taino and Donnamarie Milazzo advised the participants that administrative responsibility for the HCV Committee will be transitioning from Miguel Forero and Waverly Hill to Mr. Taino and Ms. Milazzo effective immediately. Mr. Taino is a Correctional Nurse III at High Desert State Prison in Las Vegas and Ms. Milazzo is the Quality Assurance Specialist IV in the Medical Administration Office in Carson City.

**Discussion of HCV Testing and Treatment Issues**

1 – Consent Agenda – Ms. Milazzo proposed to the participants that a consent agenda be implemented beginning with the next HCV Committee meeting. The Consent Agenda will include those HCV positive inmates where discussion is not needed (e.g. prioritization, possible contraindications for treatment, treatment non-compliance). This will allow for meeting time to be dedicated to those cases where discussion and review are necessary. **Members approved**

2 – Ultrasounds – Two concerns were raised regarding ultrasounds

    A. Provider requirement of ultrasounds prior to treatment
    Mr. Taino advised that at this time, the providers in the south are not requiring an ultrasound prior to treatment. The issue is with the providers in the north. Mr. Taino advised that in his contact with provider's clinic scheduler, ultrasounds were not required. However, Ms. Nomura stated that in her discussions with the physicians conducting the clinics, the ultrasounds are required. Mr. Taino is to speak to the physicians directly, to verify ultrasound requirements.

    B. Ability to schedule ultrasounds with outside providers due to COVID
    Should there be a need to obtain ultrasounds prior to treatment, concerns were raised about legal consequence if outside providers are not scheduling ultrasound appointments due to COVID. Participants will re-address the issue if pre-treatment ultrasounds are required by a provider (see A. above).

3 – Inmates with F3 and F4 FibroSure Scores – Mr. Taino and Ms. Milazzo are compiling a list of inmates with documented FibroSure Scores. Mr. Taino proposed the following:

    A.    Once the list is complete, sometime within the next week or so, that another HCV Committee meeting be scheduled in December 2020

    B.    A consent agenda is to be drafted for the meeting, to include inmates with a documented score of F3 and F4.

    **C.**    Rather than have the staff at the institutions complete a DOC 2698 Hepatitis C Patient Data Form, the forms would be filled out by Mr. Taino and Ms. Milazzo with necessary information including identifying information and sentence expiration dates, but not fully completed with vital signs, other health conditions, mental health

clearance, pertinent lab results etc., since the F3/F4 scores are automatic approval. If a member has any concerns with a partially filled DOC 2698, the application will be deferred, the institution will be asked to complete the DOC 2698 and the application will be discussed at the next meeting. **Members approved**

4 – HCV Clinic Scheduling – Two clinics are currently scheduled:
- A. High Desert State Prison – December 8, 2020
- B. Lovelock Correctional Center – December 10, 2020

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Upcoming Hepatitis C Meeting Date**
- December 2020 – TBD – will follow the Utilization Review Committee meeting.
- January 6, 2021 – will follow the Utilization Review Committee meeting.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Donnamarie Milazzo, QA Specialist IV
December 4, 2020

# Nevada Department of Corrections
# Medical Division

Hepatitis C Committee Meeting
January 13, 2021

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

<u>Present</u>:  Martin Naughton, MD   Ella Cordovez, APRN   Lorenzo Villegas, APRN
Gregory Martin, APRN   Kellen Nomura, CN II   George Taino, CNIII
Donnamarie Milazzo

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Approval of December 2, 2020 Meeting Minutes**
No changes were offered to the December 2, 2020 meeting minutes.  **Approved.**

**Old Business**
1 – **Update – Renown ultrasound requirement**
█████ will be ending their contract with Nevada Department of Corrections in March 2021.  They currently providing medical care to HIV inmate patients.  █████ is now providing medical care to HCV positive inmate patients.  █████ has been seeing patients without ultrasounds and starting medications.  However in some instances, they are holding medication orders until the ultrasound is done.  It is on a case-by-case basis, depending on the medical needs of the patient.  We need to continue to schedule ultrasounds to be done during some point of the inmate patient's treatment.

2 – **Update – Mobile ultrasound for northern facilities**
George Taino identified a company that provides mobile ultrasounds in northern Nevada.  He forwarded that information to Russ Alfano, acting Administrative Services Officer II in Medical Administration.  Per Mr. Taino, Mr. Alfano spoke with a contact at the company, and they expressed that they were not interested in working with NDOC.  Mr. Alfano will be contacting the company in the future, to see if they have changed their decision and will be willing to work with us.

**New Business**
1 – **Approval of Consent Agenda**
No changes were offered to the January 13, 2021 consent agenda.  **Approved.**  The status of the inmates on this agenda will be updated to show Approved on the Medical Division's HCV database.

2 – **New applications for consideration**
No new applications at this time for consideration/discussion.

3 – **HCV clinic updates**
Mr. Taino advised the committee that as of January 13, 2021, 59 patients have been seen
    A – █████ – 25 patients
    B – █████ – 2 patients
    C – ███████████████ – 8 patients
    D – ████████████████████████ – 24 patients.

4 – **Upcoming HCV Clinics**
Mr. Taino advised the committee that:
    A – █████ has 45 patients scheduled for the remainder of January.
    B – █████ will provide, on the 15th of each month, the clinic schedule for the following month (e.g. March clinic dates by February 15th).
    C – The Medical Division's HCV database has inmates with priority levels already assigned, based on FibroSure scores.  Mr. Taino is offering to help the institutions by using this database to schedule their

inmates with a provider (███████████) and then providing the institutions with a list of names/dates scheduled, so that the nurses can get the labs and paperwork done. Members liked that idea.

5 – **Open Discussion**

Kellen Nomura questioned the ability to provide treatment to a HCV positive inmate who had previously been approved for treatment, was scheduled to be seen soon by a provider, but now has approximately 45 days remaining on his sentence. Dr. Naughton and George Taino advised that any inmate with less than 120 days remaining, per MD 219, are not to be offered treatment. Mr. Taino offered to check with Medical Director Dr. Michael Minev for the specific case Ms. Nomura was discussing, as well as to verify the 120 days requirement (**Per Mr. Taino, after speaking with Dr. Minev, the inmate in question will not be scheduled to receive treatment, due to having less than 120s remaining on his sentence).

Dr. Naughton questioned from where are the HCV medications coming (███████████, ██████, ██████, etc.)? Mr. Taino will follow up and advise committee at the next meeting.

The limited number of clinic slots that are available to NDOC by outside providers and the ability to meet the benchmarks outlined in the court decree was discussed. Providers discussed the issues involved in providing HCV medical care in-house, to meet the court decree benchmarks. Discussion will continue among in-house providers.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Upcoming Hepatitis C Meeting Date**
- February 3, 2021 – will follow the Utilization Review Committee meeting.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Donnamarie Milazzo, QA Specialist IV
January 15, 2021