# EXHIBIT A

Tested Spreadsheet

# EXHIBIT A

| ID# | LAST NAME | FIRST NAME | DOB | ADMIT DATE | DATE LAB COLLECTED | HCV AB | HCV CONFIRMATION |
|---|---|---|---|---|---|---|---|
| | | | | 01/29/21 | 02/16/21 | >11.0 | Positive |
| | | | | 02/01/21 | 02/10/21 | >11.0 | Positive |
| | | | | 02/02/21 | 02/10/21 | >11.0 | Positive |
| | | | | 02/03/21 | 02/23/21 | >11.0 | Positive |
| | | | | 02/03/21 | 02/23/21 | >11.0 | Positive |
| | | | | 02/03/21 | 02/23/21 | >11.0 | Positive |
| | | | | 02/03/21 | 02/24/21 | >11.0 | Positive |
| | | | | 02/04/21 | 02/04/21 | >11.0 | Positive |
| | | | | 02/05/21 | 02/19/21 | >11.0 | Positive |
| | | | | 02/05/21 | 02/19/21 | >11.0 | Positive |
| | | | | 02/05/21 | 02/23/21 | 10.7 | Positive |
| | | | | 02/08/21 | 02/08/21 | >11.0 | Positive |
| | | | | 02/08/21 | 02/08/21 | >11.0 | Positive |
| | | | | 02/08/21 | 02/08/21 | >11.0 | Positive |
| | | | | 02/09/21 | 03/04/21 | >11.0 | Positive |
| | | | | 02/10/21 | 02/10/21 | >11.0 | Positive |
| | | | | 02/10/21 | 03/03/21 | >11.0 | Positive |
| | | | | 02/11/21 | 03/08/21 | >11.0 | Positive |
| | | | | 02/12/21 | 03/03/21 | >11.0 | Positive |
| | | | | 02/12/21 | 03/03/21 | >11.0 | Positive |
| | | | | 02/16/21 | 02/16/21 | >11.0 | Positive |
| | | | | 02/17/21 | 03/09/21 | >11.0 | Positive |
| | | | | 02/18/21 | 02/18/21 | >11.0 | Positive |
| | | | | 02/19/21 | 03/03/21 | >11.0 | Positive |
| | | | | 02/19/21 | 03/03/21 | >11.0 | Positive |
| | | | | 02/24/21 | 03/16/21 | >11.0 | Positive |
| | | | | 02/25/21 | 03/03/21 | >11.0 | Positive |
| | | | | 02/26/21 | 03/08/21 | >11.0 | Positive |
| | | | | 02/26/21 | 03/16/21 | >11.0 | Positive |
| | | | | 03/02/21 | 03/11/21 | >11.0 | Positive |
| | | | | 03/03/21 | 03/23/21 | >11.0 | Positive |
| | | | | 03/04/21 | 03/11/21 | >11.0 | Positive |
| | | | | 03/05/21 | 03/09/21 | >11.0 | Positive |

| Date | Date | Result | Status |
|---|---|---|---|
| 03/05/21 | 03/11/21 | >11.0 | Positive |
| 03/05/21 | 03/23/21 | >11.0 | Positive |
| 03/05/21 | 03/11/21 | >11.0 | Positive |
| 03/09/21 | 03/09/21 | >11.0 | Positive |
| 03/10/21 | 03/31/21 | >11.0 | Positive |
| 03/11/21 | 03/15/21 | >11.0 | Positive |
| 03/11/21 | 03/15/21 | >11.0 | Positive |
| 03/11/21 | 04/02/21 | >11.0 | Positive |
| 03/12/21 | 03/30/21 | >11.0 | Positive |
| 03/12/21 | 03/30/21 | >11.0 | Positive |
| 03/12/21 | 03/30/21 | >11.0 | Positive |
| 03/17/21 | 04/06/21 | >11.0 | Positive |
| 03/17/21 | 04/06/21 | >11.0 | Positive |
| 03/17/21 | 04/06/21 | >11.0 | Positive |
| 03/19/21 | 04/08/21 | >11.0 | Positive |
| 03/26/21 | 04/06/21 | >11.0 | Positive |
| 03/26/21 | 04/06/21 | >11.0 | Positive |
| 03/26/21 | 04/09/21 | >11.0 | Positive |
| 03/29/21 | 04/06/21 | >11.0 | Positive |
| 03/31/21 | 03/31/21 | >11.0 | Positive |
| 04/01/21 | 04/01/21 | >11.0 | Positive |
| 04/01/21 | 04/01/21 | >11.0 | Positive |
| 04/05/21 | 04/05/21 | >11.0 | Positive |
| 04/06/21 | 04/06/21 | >11.0 | Positive |
| 04/07/21 | 04/07/21 | >11.0 | Positive |
| 04/08/21 | 04/08/21 | >11.0 | Positive |
| 04/08/21 | 04/08/21 | >11.0 | Positive |
| 04/13/21 | 04/13/21 | >11.0 | Positive |
|  | 03/03/21 |  |  |
|  | 03/10/21 | >11.0 | Positive |
|  | 02/20/21 | >11.0 | Positive |
|  | 02/11/21 | >11.0 | Positive |
|  | 02/11/21 | >11.0 | Positive |

| Result | Value | Date | Start Date |
|---|---|---|---|
| Positive | >11.0 | 02/13/21 | |
| Positive | >11.0 | 02/19/21 | |
| Positive | >11.0 | 02/19/21 | |
| Positive | >11.0 | 03/24/21 | |
| Positive | >11.0 | 02/16/21 | |
| Positive | >11.0 | 03/03/21 | |
| Positive | >11.0 | 02/16/21 | |
| Positive | >11.0 | 02/12/21 | |
| Positive | 9.5 | 03/25/21 | |
| Negative | >11.0 | 02/11/21 | 01/29/21 |
| | <0.1 | 02/05/21 | 01/29/21 |
| | <0.1 | 02/05/21 | 01/29/21 |
| | <0.1 | 02/05/21 | 01/29/21 |
| | <0.1 | 02/10/21 | 01/29/21 |
| | <0.1 | 02/10/21 | 01/29/21 |
| | <0.1 | 02/10/21 | 01/29/21 |
| | <0.1 | 02/10/21 | 01/29/21 |
| | <0.1 | 02/11/21 | 01/29/21 |
| | <0.1 | 02/11/21 | 01/29/21 |
| | <0.1 | 02/11/21 | 01/29/21 |
| | <0.1 | 02/11/21 | 01/29/21 |
| | <0.1 | 02/16/21 | 01/29/21 |
| | <0.1 | 02/16/21 | 01/29/21 |
| | <0.1 | 02/16/21 | 01/29/21 |
| | <0.1 | 02/16/21 | 01/29/21 |
| | 0.6 | 02/16/21 | 01/29/21 |
| | <0.1 | 02/22/21 | 01/29/21 |
| | <0.1 | 02/10/21 | 02/01/21 |
| | <0.1 | 02/10/21 | 02/01/21 |
| | 0.4 | 02/10/21 | 02/01/21 |

| | | Result | Date | Date |
|---|---|---|---|---|
| | | <0.1 | 02/10/21 | 02/01/21 |
| | | <0.1 | 02/10/21 | 02/01/21 |
| | | <0.1 | 02/10/21 | 02/01/21 |
| | | <0.1 | 03/10/21 | 02/01/21 |
| | | <0.1 | 03/10/21 | 02/01/21 |
| | | <0.1 | 03/10/21 | 02/01/21 |
| | | <0.1 | 02/05/21 | 02/02/21 |
| | | <0.1 | 02/10/21 | 02/02/21 |
| | | <0.1 | 02/11/21 | 02/02/21 |
| | | <0.1 | 02/11/21 | 02/02/21 |
| | | 0.4 | 02/08/21 | 02/03/21 |
| | | <0.1 | 02/10/21 | 02/03/21 |
| | | <0.1 | 02/10/21 | 02/03/21 |
| | | <0.1 | 02/23/21 | 02/03/21 |
| | | <0.1 | 02/23/21 | 02/03/21 |
| | | <0.1 | 02/23/21 | 02/03/21 |
| | | <0.1 | 02/23/21 | 02/03/21 |
| | | <0.1 | 02/23/21 | 02/03/21 |
| | | <0.1 | 02/23/21 | 02/03/21 |
| | | <0.1 | 02/23/21 | 02/03/21 |
| | | <0.1 | 02/23/21 | 02/03/21 |
| | | <0.1 | 02/23/21 | 02/03/21 |
| Negative | | 5.0 | 02/04/21 | 02/04/21 |
| Negative | | 8.4 | 02/04/21 | 02/04/21 |
| Quantity not sufficient for analysis. - Rescheduled | | >11.0 | 02/04/21 | 02/04/21 |
| | | <0.1 | 02/04/21 | 02/04/21 |
| | | <0.1 | 02/04/21 | 02/04/21 |
| | | <0.1 | 02/04/21 | 02/04/21 |
| | | <0.1 | 02/04/21 | 02/04/21 |
| | | <0.1 | 02/04/21 | 02/04/21 |

| | | | |
|---|---|---|---|
| | <0.1 | 02/04/21 | 02/04/21 |
| | <0.1 | 02/04/21 | 02/04/21 |
| | <0.1 | 02/04/21 | 02/04/21 |
| | <0.1 | 02/04/21 | 02/04/21 |
| Negative | >11.0 | 02/23/21 | 02/05/21 |
| | <0.1 | 02/10/21 | 02/05/21 |
| | <0.1 | 02/10/21 | 02/05/21 |
| | <0.1 | 02/10/21 | 02/05/21 |
| | <0.1 | 02/11/21 | 02/05/21 |
| | <0.1 | 02/11/21 | 02/05/21 |
| | <0.1 | 02/11/21 | 02/05/21 |
| | <0.1 | 02/11/21 | 02/05/21 |
| | <0.1 | 02/11/21 | 02/05/21 |
| | <0.1 | 02/11/21 | 02/05/21 |
| | <0.1 | 02/11/21 | 02/05/21 |
| | <0.1 | 02/11/21 | 02/05/21 |
| | <0.1 | 02/11/21 | 02/05/21 |
| | <0.1 | 02/19/21 | 02/05/21 |
| | <0.1 | 02/19/21 | 02/05/21 |
| | <0.1 | 02/19/21 | 02/05/21 |
| | <0.1 | 02/19/21 | 02/05/21 |
| | <0.1 | 02/19/21 | 02/05/21 |
| | <0.1 | 02/23/21 | 02/05/21 |
| | <0.1 | 02/23/21 | 02/05/21 |
| | <0.1 | 02/23/21 | 02/05/21 |
| | <0.1 | 02/26/21 | 02/05/21 |
| | <0.1 | 02/08/21 | 02/05/21 |
| | <0.1 | 02/08/21 | 02/08/21 |
| | 0.4 | 02/08/21 | 02/08/21 |
| | <0.1 | 02/08/21 | 02/08/21 |
| | <0.1 | 02/08/21 | 02/08/21 |
| | <0.1 | 02/08/21 | 02/08/21 |

| | Result | Negative | Date |
|---|---|---|---|
| 02/08/21 | <0.1 | | 02/08/21 |
| 02/08/21 | <0.1 | | 02/08/21 |
| 02/08/21 | <0.1 | | 02/08/21 |
| 03/04/21 | <0.1 | | 02/08/21 |
| 03/02/21 | 4.7 | Negative | 02/09/21 |
| 03/03/21 | >11.0 | Negative | 02/09/21 |
| 03/04/21 | >11.0 | Negative | 02/09/21 |
| 03/02/21 | 0.2 | | 02/09/21 |
| 03/02/21 | <0.1 | | 02/09/21 |
| 03/03/21 | <0.1 | | 02/09/21 |
| 03/03/21 | <0.1 | | 02/09/21 |
| 03/03/21 | <0.1 | | 02/09/21 |
| 03/04/21 | <0.1 | | 02/09/21 |
| 03/04/21 | <0.1 | | 02/09/21 |
| 03/04/21 | <0.1 | | 02/09/21 |
| 03/04/21 | <0.1 | | 02/09/21 |
| 03/04/21 | <0.1 | | 02/09/21 |
| 03/08/21 | <0.1 | | 02/09/21 |
| 03/08/21 | <0.1 | | 02/09/21 |
| 03/09/21 | <0.1 | | 02/09/21 |
| 03/09/21 | <0.1 | | 02/09/21 |
| 03/09/21 | <0.1 | | 02/09/21 |
| 03/11/21 | >11.0 | | 02/09/21 |
| 04/07/21 | <0.1 | | 02/10/21 |
| 02/10/21 | <0.1 | | 02/10/21 |
| 02/10/21 | <0.1 | | 02/10/21 |
| 02/10/21 | <0.1 | | 02/10/21 |
| 02/10/21 | <0.1 | | 02/10/21 |
| 02/10/21 | <0.1 | | 02/10/21 |
| 02/10/21 | <0.1 | | 02/10/21 |
| 02/10/21 | <0.1 | | 02/10/21 |
| 02/10/21 | <0.1 | | 02/10/21 |

| | | | |
|---|---|---|---|
| 02/10/21 | 02/10/21 | <0.1 | |
| 02/10/21 | 02/10/21 | <0.1 | |
| 02/10/21 | 02/10/21 | <0.1 | |
| 02/10/21 | 02/26/21 | <0.1 | |
| 02/10/21 | 03/02/21 | <0.1 | |
| 02/10/21 | 03/02/21 | <0.1 | |
| 02/10/21 | 03/02/21 | 0.1 | |
| 02/10/21 | 03/03/21 | <0.1 | |
| 02/10/21 | 03/03/21 | <0.1 | |
| 02/10/21 | 03/03/21 | <0.1 | |
| 02/10/21 | 03/03/21 | <0.1 | |
| 02/10/21 | 03/03/21 | <0.1 | |
| 02/10/21 | 03/03/21 | <0.1 | |
| 02/10/21 | 03/03/21 | <0.1 | |
| 02/10/21 | 03/03/21 | <0.1 | |
| 02/10/21 | 03/03/21 | 0.1 | |
| 02/10/21 | 04/09/21 | <0.1 | |
| 02/11/21 | 02/11/21 | >11.0 | Negative |
| 02/11/21 | 02/26/21 | >11.0 | Negative |
| 02/11/21 | 02/26/21 | >11.0 | Negative |
| 02/11/21 | 02/11/21 | <0.1 | |
| 02/11/21 | 02/11/21 | <0.1 | |
| 02/11/21 | 02/11/21 | <0.1 | |
| 02/11/21 | 02/11/21 | 0.2 | |
| 02/11/21 | 02/11/21 | <0.1 | |
| 02/11/21 | 02/11/21 | <0.1 | |
| 02/11/21 | 02/11/21 | <0.1 | |
| 02/11/21 | 02/11/21 | <0.1 | |
| 02/11/21 | 02/11/21 | <0.1 | |
| 02/11/21 | 02/11/21 | <0.1 | |
| 02/11/21 | 02/11/21 | <0.1 | |

| 02/11/21 | <0.1 | 02/26/21 | |
| 02/11/21 | <0.1 | 02/26/21 | |
| 02/11/21 | <0.1 | 02/26/21 | |
| 02/11/21 | <0.1 | 02/26/21 | |
| 02/11/21 | <0.1 | 03/08/21 | |
| 02/12/21 | >11.0 | 03/03/21 | Negative |
| 02/12/21 | <0.1 | 02/19/21 | |
| 02/12/21 | <0.1 | 02/19/21 | |
| 02/12/21 | <0.1 | 02/19/21 | |
| 02/12/21 | <0.1 | 02/19/21 | |
| 02/12/21 | <0.1 | 02/26/21 | |
| 02/12/21 | <0.1 | 02/26/21 | |
| 02/12/21 | <0.1 | 02/26/21 | |
| 02/12/21 | <0.1 | 02/26/21 | |
| 02/12/21 | <0.1 | 03/03/21 | |
| 02/12/21 | <0.1 | 03/03/21 | |
| 02/12/21 | <0.1 | 03/03/21 | |
| 02/12/21 | <0.1 | 03/03/21 | |
| 02/12/21 | <0.1 | 03/03/21 | |
| 02/12/21 | <0.1 | 03/08/21 | |
| 02/12/21 | <0.1 | 03/08/21 | |
| 02/12/21 | <0.1 | 03/10/21 | |
| 02/16/21 | <0.1 | 03/10/21 | |
| 02/16/21 | >11.0 | 02/16/21 | HCV not detected |
| 02/16/21 | >11.0 | 02/16/21 | HCV not detected |
| 02/16/21 | >11.0 | 02/16/21 | HCV not detected |
| 02/16/21 | >11.0 | 02/16/21 | |
| 02/16/21 | 0.3 | 02/16/21 | |
| 02/16/21 | <0.1 | 02/16/21 | |
| 02/16/21 | <0.1 | 02/16/21 | |
| 02/16/21 | <0.1 | 02/16/21 | |
| 02/16/21 | <0.1 | 02/16/21 | |
| 02/17/21 | <0.1 | 03/09/21 | |

| | | |
|---|---|---|
| <0.1 | 03/09/21 | 02/17/21 |
| <0.1 | 03/09/21 | 02/17/21 |
| <0.1 | 03/09/21 | 02/17/21 |
| <0.1 | 03/09/21 | 02/17/21 |
| <0.1 | 03/09/21 | 02/17/21 |
| <0.1 | 03/09/21 | 02/17/21 |
| <0.1 | 03/09/21 | 02/17/21 |
| <0.1 | 03/09/21 | 02/17/21 |
| <0.1 | 02/18/21 | 02/18/21 |
| <0.1 | 02/18/21 | 02/18/21 |
| <0.1 | 02/18/21 | 02/18/21 |
| <0.1 | 02/18/21 | 02/18/21 |
| <0.1 | 02/18/21 | 02/18/21 |
| <0.1 | 02/18/21 | 02/18/21 |
| <0.1 | 02/18/21 | 02/18/21 |
| <0.1 | 02/18/21 | 02/18/21 |
| <0.1 | 02/18/21 | 02/18/21 |
| <0.1 | 02/18/21 | 02/18/21 |
| <0.1 | 02/19/21 | 02/19/21 |
| 0.1 | 02/23/21 | 02/19/21 |
| <0.1 | 03/03/21 | 02/19/21 |
| <0.1 | 03/03/21 | 02/19/21 |
| <0.1 | 03/03/21 | 02/19/21 |
| <0.1 | 03/03/21 | 02/19/21 |
| <0.1 | 03/03/21 | 02/19/21 |
| <0.1 | 03/04/21 | 02/19/21 |
| <0.1 | 03/04/21 | 02/19/21 |
| <0.1 | 03/08/21 | 02/19/21 |
| <0.1 | 03/08/21 | 02/19/21 |
| <0.1 | 03/09/21 | 02/19/21 |
| <0.1 | 03/09/21 | 02/19/21 |
| <0.1 | 03/09/21 | 02/19/21 |
| <0.1 | 03/09/21 | 02/19/21 |

| | | | |
|---|---|---|---|
| 02/19/21 | 03/09/21 | <0.1 | |
| 02/19/21 | 03/09/21 | <0.1 | |
| 02/19/21 | 03/10/21 | <0.1 | |
| 02/19/21 | 03/12/21 | <0.1 | |
| 02/19/21 | 03/12/21 | <0.1 | |
| 02/19/21 | 03/12/21 | <0.1 | |
| 02/19/21 | 03/12/21 | <0.1 | |
| 02/19/21 | 03/12/21 | <0.1 | |
| 02/22/21 | 02/22/21 | 2.4 | HCV not detected |
| 02/22/21 | 02/22/21 | <0.1 | |
| 02/22/21 | 02/22/21 | <0.1 | |
| 02/22/21 | 02/22/21 | >11.0 | |
| 02/22/21 | 02/22/21 | <0.1 | |
| 02/22/21 | 02/22/21 | <0.1 | |
| 02/22/21 | 02/22/21 | <0.1 | |
| 02/22/21 | 02/22/21 | <0.1 | |
| 02/22/21 | 02/22/21 | <0.1 | |
| 02/22/21 | 02/22/21 | <0.1 | |
| 02/22/21 | 02/22/21 | <0.1 | |
| 02/22/21 | 02/22/21 | <0.1 | |
| 02/22/21 | 02/22/21 | <0.1 | |
| 02/23/21 | 03/03/21 | <0.1 | |
| 02/23/21 | 03/03/21 | <0.1 | |
| 02/23/21 | 03/03/21 | <0.1 | |
| 02/23/21 | 03/03/21 | <0.1 | |
| 02/23/21 | 03/08/21 | <0.1 | |
| 02/23/21 | 03/08/21 | <0.1 | |
| 02/23/21 | 03/08/21 | <0.1 | |
| 02/23/21 | 03/09/21 | <0.1 | |
| 02/23/21 | 03/16/21 | <0.1 | |
| 02/24/21 | 03/11/21 | <0.1 | |
| 02/24/21 | 03/16/21 | <0.1 | |
| 02/24/21 | 03/16/21 | <0.1 | |
| 02/24/21 | 03/16/21 | <0.1 | |

| Value | Date 1 | Date 2 |
|---|---|---|
| <0.1 | 03/16/21 | 02/24/21 |
| <0.1 | 03/16/21 | 02/24/21 |
| <0.1 | 03/16/21 | 02/24/21 |
| <0.1 | 03/16/21 | 02/24/21 |
| <0.1 | 03/16/21 | 02/24/21 |
| <0.1 | 03/03/21 | 02/25/21 |
| <0.1 | 03/03/21 | 02/25/21 |
| <0.1 | 03/03/21 | 02/25/21 |
| <0.1 | 03/04/21 | 02/25/21 |
| <0.1 | 03/04/21 | 02/25/21 |
| <0.1 | 03/08/21 | 02/25/21 |
| <0.1 | 03/08/21 | 02/25/21 |
| <0.1 | 03/08/21 | 02/25/21 |
| <0.1 | 03/08/21 | 02/25/21 |
| <0.1 | 03/08/21 | 02/25/21 |
| <0.1 | 03/09/21 | 02/25/21 |
| <0.1 | 03/09/21 | 02/25/21 |
| <0.1 | 03/09/21 | 02/25/21 |
| <0.1 | 03/10/21 | 02/25/21 |
| <0.1 | 03/10/21 | 02/25/21 |
| <0.1 | 03/10/21 | 02/25/21 |
| <0.1 | 03/12/21 | 02/25/21 |
| <0.1 | 03/03/21 | 02/26/21 |
| <0.1 | 03/03/21 | 02/26/21 |
| <0.1 | 03/03/21 | 02/26/21 |
| <0.1 | 03/04/21 | 02/26/21 |
| <0.1 | 03/04/21 | 02/26/21 |
| <0.1 | 03/08/21 | 02/26/21 |
| <0.1 | 03/08/21 | 02/26/21 |
| <0.1 | 03/08/21 | 02/26/21 |
| <0.1 | 03/08/21 | 02/26/21 |
| <0.1 | 03/09/21 | 02/26/21 |
| <0.1 | 03/10/21 | 02/26/21 |
| <0.1 | 03/10/21 | 02/26/21 |

| Value | Date | Date |
|---|---|---|
| <0.1 | 03/12/21 | 02/26/21 |
| <0.1 | 03/12/21 | 02/26/21 |
| <0.1 | 03/12/21 | 02/26/21 |
| <0.1 | 03/12/21 | 02/26/21 |
| <0.1 | 03/12/21 | 02/26/21 |
| <0.1 | 03/12/21 | 02/26/21 |
| <0.1 | 03/12/21 | 02/26/21 |
| <0.1 | 03/16/21 | 02/26/21 |
| <0.1 | 03/16/21 | 02/26/21 |
| <0.1 | 03/16/21 | 02/26/21 |
| <0.1 | 03/16/21 | 02/26/21 |
| <0.1 | 03/16/21 | 02/26/21 |
| <0.1 | 03/16/21 | 02/26/21 |
| 0.1 | 03/04/21 | 03/01/21 |
| <0.1 | 03/04/21 | 03/01/21 |
| <0.1 | 03/04/21 | 03/01/21 |
| <0.1 | 03/08/21 | 03/01/21 |
| <0.1 | 03/08/21 | 03/01/21 |
| <0.1 | 03/08/21 | 03/01/21 |
| <0.1 | 03/08/21 | 03/01/21 |
| <0.1 | 03/09/21 | 03/01/21 |
| <0.1 | 03/09/21 | 03/02/21 |
| <0.1 | 03/11/21 | 03/02/21 |
| <0.1 | 03/11/21 | 03/02/21 |
| <0.1 | 03/11/21 | 03/03/21 |
| <0.1 | 03/15/21 | 03/03/21 |
| <0.1 | 03/15/21 | 03/03/21 |
| >0.1 | 03/23/21 | 03/03/21 |
| <0.1 | 03/23/21 | 03/03/21 |
| 0.1 | 03/23/21 | 03/03/21 |
| <0.1 | 03/23/21 | 03/03/21 |
| <0.1 | 03/23/21 | 03/03/21 |
| <0.1 | 03/23/21 | 03/03/21 |

| Date A | Date B | Result | Note |
|---|---|---|---|
| 03/03/21 | 03/23/21 | <0.1 | |
| 03/03/21 | 03/23/21 | <0.1 | |
| 03/03/21 | 03/23/21 | <0.1 | |
| 03/03/21 | 03/23/21 | <0.1 | |
| 03/03/21 | 03/23/21 | <0.1 | |
| 03/03/21 | 04/02/21 | <0.1 | |
| 03/03/21 | 04/02/21 | <0.1 | |
| 03/05/21 | 03/11/21 | >11.0 | Negative |
| 03/05/21 | 03/09/21 | <0.1 | |
| 03/05/21 | 03/11/21 | <0.1 | |
| 03/05/21 | 03/11/21 | <0.1 | |
| 03/05/21 | 03/11/21 | <0.1 | |
| 03/05/21 | 03/11/21 | <0.1 | |
| 03/05/21 | 03/11/21 | <0.1 | |
| 03/05/21 | 03/11/21 | <0.1 | |
| 03/05/21 | 03/23/21 | <0.1 | |
| 03/05/21 | 03/23/21 | <0.1 | |
| 03/05/21 | 03/23/21 | <0.1 | |
| 03/05/21 | 03/23/21 | <0.1 | |
| 03/05/21 | 03/23/21 | <0.1 | |
| 03/05/21 | 03/23/21 | <0.1 | |
| 03/05/21 | 03/23/21 | <0.1 | |
| 03/05/21 | 03/23/21 | <0.1 | |
| 03/05/21 | 03/23/21 | <0.1 | |
| 03/05/21 | 03/23/21 | <0.1 | |
| 03/05/21 | 03/23/21 | <0.1 | |
| 03/05/21 | 04/02/21 | <0.1 | |
| 03/05/21 | 04/02/21 | <0.1 | |
| 03/05/21 | 04/02/21 | <0.1 | |
| 03/05/21 | 04/02/21 | <0.1 | |
| 03/05/21 | 04/02/21 | <0.1 | |

| | | Result | Note |
|---|---|---|---|
| 03/05/21 | 04/02/21 | <0.1 | |
| 03/05/21 | 04/09/21 | <0.1 | |
| 03/05/21 | 04/09/21 | <0.1 | |
| 03/08/21 | 03/08/21 | <0.1 | |
| 03/08/21 | 03/08/21 | <0.1 | |
| 03/08/21 | 03/08/21 | <0.1 | |
| 03/08/21 | 03/08/21 | <0.1 | |
| 03/08/21 | 03/08/21 | <0.1 | |
| 03/08/21 | 03/08/21 | <0.1 | |
| 03/08/21 | 03/08/21 | <0.1 | |
| 03/08/21 | 03/08/21 | <0.1 | |
| 03/08/21 | 03/08/21 | <0.1 | |
| 03/08/21 | 03/08/21 | <0.1 | |
| 03/08/21 | 03/08/21 | <0.1 | |
| 03/08/21 | 03/08/21 | <0.1 | |
| 03/09/21 | 03/09/21 | >11.0 | Negative |
| 03/09/21 | 03/09/21 | <0.1 | |
| 03/09/21 | 03/09/21 | <0.1 | |
| 03/09/21 | 03/09/21 | <0.1 | |
| 03/09/21 | 03/09/21 | <0.1 | |
| 03/09/21 | 03/09/21 | <0.1 | |
| 03/09/21 | 03/09/21 | <0.1 | |
| 03/09/21 | 03/09/21 | <0.1 | |
| 03/09/21 | 03/09/21 | <0.1 | |
| 03/09/21 | 03/09/21 | <0.1 | |
| 03/09/21 | 03/09/21 | <0.1 | |
| 03/09/21 | 03/30/21 | <0.1 | |
| 03/09/21 | 03/30/21 | <0.1 | |
| 03/09/21 | 03/30/21 | <0.1 | |
| 03/09/21 | 03/30/21 | <0.1 | |
| 03/09/21 | 03/30/21 | <0.1 | |

| | | | |
|---|---|---|---|
| 03/09/21 | 03/30/21 | <0.1 | |
| 03/09/21 | 03/31/21 | <0.1 | |
| 03/09/21 | 04/02/21 | <0.1 | |
| 03/10/21 | 03/10/21 | >11.0 | Negative |
| 03/10/21 | 03/10/21 | <0.1 | |
| 03/10/21 | 03/10/21 | <0.1 | |
| 03/10/21 | 03/30/21 | <0.1 | |
| 03/10/21 | 03/30/21 | <0.1 | |
| 03/10/21 | 03/30/21 | <0.1 | |
| 03/10/21 | 03/30/21 | <0.1 | |
| 03/10/21 | 03/30/21 | <0.1 | |
| 03/10/21 | 03/30/21 | <0.1 | |
| 03/10/21 | 03/30/21 | <0.1 | |
| 03/10/21 | 03/30/21 | <0.1 | |
| 03/10/21 | 03/30/21 | <0.1 | |
| 03/10/21 | 03/30/21 | <0.1 | |
| 03/10/21 | 03/30/21 | <0.1 | |
| 03/10/21 | 04/02/21 | <0.1 | |
| 03/10/21 | 04/02/21 | <0.1 | |
| 03/11/21 | 03/15/21 | >11.0 | Negative |
| 03/11/21 | 04/02/21 | >11.0 | Negative |
| 03/11/21 | 03/15/21 | <0.1 | |
| 03/11/21 | 03/15/21 | >0.1 | |
| 03/11/21 | 03/15/21 | >0.1 | |
| 03/11/21 | 03/15/21 | <0.1 | |
| 03/11/21 | 03/15/21 | <0.1 | |
| 03/11/21 | 03/15/21 | <0.1 | |
| 03/11/21 | 03/15/21 | <0.1 | |
| 03/11/21 | 03/15/21 | <0.1 | |
| 03/11/21 | 03/15/21 | <0.1 | |
| 03/11/21 | 03/16/21 | <0.1 | |
| 03/11/21 | 03/16/21 | <0.1 | |
| 03/11/21 | 03/30/21 | <0.1 | |

| 03/11/21 | 04/02/21 | <0.1 |  |
|---|---|---|---|
| 03/11/21 | 04/02/21 | <0.1 |  |
| 03/11/21 | 04/02/21 | <0.1 |  |
| 03/11/21 | 04/02/21 | <0.1 |  |
| 03/11/21 | 04/07/21 | <0.1 |  |
| 03/12/21 | 04/02/21 | >11.0 | Negative |
| 03/12/21 | 04/02/21 | >11.0 | Negative |
| 03/12/21 | 03/16/21 | <0.1 |  |
| 03/12/21 | 03/12/21 | 0.1 |  |
| 03/12/21 | 03/30/21 | <0.1 |  |
| 03/12/21 | 04/02/21 | <0.1 |  |
| 03/12/21 | 04/02/21 | <0.1 |  |
| 03/12/21 | 04/02/21 | <0.1 |  |
| 03/12/21 | 04/02/21 | <0.1 |  |
| 03/12/21 | 04/02/21 | <0.1 |  |
| 03/12/21 | 04/02/21 | <0.1 |  |
| 03/12/21 | 04/07/21 | <0.1 |  |
| 03/12/21 | 04/07/21 | <0.1 |  |
| 03/12/21 | 04/07/21 | <0.1 |  |
| 03/12/21 | 04/07/21 | <0.1 |  |
| 03/12/21 | 04/07/21 | >11.0 |  |
| 03/12/21 | 04/07/21 | <0.1 |  |
| 03/12/21 | 04/07/21 | <0.1 |  |
| 03/12/21 | 04/08/21 | >11.0 | Negative |
| 03/15/21 | 03/15/21 | <0.1 |  |
| 03/15/21 | 03/15/21 | <0.1 |  |
| 03/15/21 | 03/15/21 | <0.1 |  |
| 03/15/21 | 03/15/21 | <0.1 |  |
| 03/15/21 | 03/15/21 | <0.1 |  |
| 03/15/21 | 03/15/21 | <0.1 |  |
| 03/15/21 | 03/15/21 | 0.1 |  |

| | | |
|---|---|---|
| 03/15/21 | <0.1 | 03/15/21 |
| 03/15/21 | <0.1 | 03/15/21 |
| 03/15/21 | <0.1 | 03/15/21 |
| 03/15/21 | <0.1 | 03/15/21 |
| 03/15/21 | <0.1 | 03/15/21 |
| 03/15/21 | <0.1 | 03/15/21 |
| 03/16/21 | <0.1 | 03/16/21 |
| 03/16/21 | <0.1 | 03/16/21 |
| 03/16/21 | <0.1 | 03/16/21 |
| 03/16/21 | <0.1 | 03/16/21 |
| 03/16/21 | | 03/16/21 |
| 03/16/21 | <0.1 | 03/16/21 |
| 03/16/21 | <0.1 | 03/16/21 |
| 03/16/21 | <0.1 | 03/16/21 |
| 03/16/21 | <0.1 | 03/16/21 |
| 03/16/21 | <0.1 | 03/16/21 |
| 03/17/21 | 0.2 | 03/16/21 |
| 03/16/21 | <0.1 | 03/16/21 |
| 03/18/21 | <0.1 | 03/16/21 |
| 04/15/21 | 0.1 | 03/17/21 |
| 03/17/21 | <0.1 | 03/17/21 |
| 03/17/21 | <0.1 | 03/17/21 |
| 03/17/21 | <0.1 | 03/17/21 |
| 04/06/21 | <0.1 | 03/17/21 |
| 04/06/21 | <0.1 | 03/17/21 |
| 04/06/21 | <0.1 | 03/17/21 |
| 04/06/21 | <0.1 | 03/17/21 |
| 04/06/21 | <0.1 | 03/17/21 |
| 04/06/21 | <0.1 | 03/17/21 |
| 04/06/21 | <0.1 | 03/17/21 |
| 04/06/21 | 0.1 | 03/17/21 |
| 04/06/21 | <0.1 | 03/17/21 |
| 04/09/21 | <0.1 | 03/17/21 |
| 04/16/21 | <0.1 | 03/17/21 |

| | | | |
|---|---|---|---|
| 03/18/21 | 04/02/21 | 10.8 | Negative |
| 03/18/21 | 03/18/21 | <0.1 | |
| 03/18/21 | 03/18/21 | 0.3 | |
| 03/18/21 | 03/18/21 | 0.1 | |
| 03/18/21 | 03/18/21 | <0.1 | |
| 03/18/21 | 03/18/21 | <0.1 | |
| 03/18/21 | 03/18/21 | <0.1 | |
| 03/18/21 | 03/18/21 | <0.1 | |
| 03/18/21 | 03/18/21 | <0.1 | |
| 03/18/21 | 03/18/21 | <0.1 | |
| 03/18/21 | 03/18/21 | <0.1 | |
| 03/18/21 | 03/18/21 | <0.1 | |
| 03/18/21 | 03/18/21 | <0.1 | |
| 03/18/21 | 03/18/21 | <0.1 | |
| 03/18/21 | 04/02/21 | <0.1 | |
| 03/18/21 | 04/02/21 | <0.1 | |
| 03/18/21 | 04/08/21 | <0.1 | Negative |
| 03/19/21 | 04/08/21 | >11.0 | |
| 03/19/21 | 4/2/2021 | <0.1 | |
| 03/19/21 | 04/02/21 | <0.1 | |
| 03/19/21 | 04/06/21 | <0.1 | |
| 03/19/21 | 04/06/21 | <0.1 | |
| 03/19/21 | 04/06/21 | <0.1 | |
| 03/19/21 | 04/06/21 | <0.1 | |
| 03/19/21 | 04/06/21 | <0.1 | |
| 03/19/21 | 04/06/21 | <0.1 | |
| 03/19/21 | 04/08/21 | <0.1 | |
| 03/19/21 | 04/08/21 | <0.1 | |
| 03/19/21 | 04/08/21 | <0.1 | |
| 03/19/21 | 04/14/21 | <0.1 | |
| 03/23/21 | 04/16/21 | >11.0 | Pending |
| 03/23/21 | 04/13/21 | <0.1 | |
| 03/23/21 | 04/13/21 | <0.1 | |
| 03/23/21 | 04/13/21 | <0.1 | |

| | | | |
|---|---|---|---|
| 03/23/21 | 04/13/21 | <0.1 | |
| 03/23/21 | 04/13/21 | <0.1 | |
| 03/24/21 | 04/13/21 | >11.0 | Negative |
| 03/24/21 | 04/13/21 | <0.1 | |
| 03/24/21 | 04/13/21 | <0.1 | |
| 03/24/21 | 04/13/21 | <0.1 | |
| 03/24/21 | 04/13/21 | 0.3 | |
| 03/24/21 | 04/13/21 | <0.1 | |
| 03/24/21 | 04/13/21 | 0.4 | |
| 03/24/21 | 04/13/21 | <0.1 | |
| 03/24/21 | 04/14/21 | <0.1 | |
| 03/25/21 | 04/06/21 | <0.1 | |
| 03/25/21 | 04/06/21 | <0.1 | |
| 03/25/21 | 04/06/21 | <0.1 | |
| 03/25/21 | 04/08/21 | <0.1 | |
| 03/25/21 | 04/08/21 | <0.1 | |
| 03/25/21 | 04/09/21 | <0.1 | |
| 03/25/21 | 04/09/21 | <0.1 | |
| 03/25/21 | 04/09/21 | <0.1 | |
| 03/25/21 | 04/13/21 | <0.1 | |
| 03/26/21 | 04/06/21 | <0.1 | |
| 03/26/21 | 04/06/21 | <0.1 | |
| 03/26/21 | 04/06/21 | 0.1 | |
| 03/26/21 | 04/08/21 | <0.1 | |
| 03/26/21 | 04/08/21 | <0.1 | |
| 03/26/21 | 04/08/21 | <0.1 | |
| 03/26/21 | 04/08/21 | <0.1 | |
| 03/26/21 | 04/08/21 | <0.1 | |
| 03/26/21 | 04/08/21 | <0.1 | |
| 03/26/21 | 04/08/21 | <0.1 | |
| 03/26/21 | 04/09/21 | <0.1 | |
| 03/26/21 | 04/09/21 | <0.1 | |
| 03/26/21 | 04/09/21 | <0.1 | |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | 0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | 0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 |
| 04/09/21 | 04/09/21 | 04/09/21 | 04/09/21 | 04/09/21 | 04/09/21 | 04/13/21 | 04/13/21 | 04/13/21 | 04/14/21 | 04/14/21 | 04/06/21 | 04/06/21 | 04/06/21 | 04/06/21 | 04/06/21 | 04/06/21 | 04/08/21 | 04/08/21 | 04/08/21 | 04/15/21 | 04/15/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 |
| 03/26/21 | 03/26/21 | 03/26/21 | 03/26/21 | 03/26/21 | 03/26/21 | 03/26/21 | 03/26/21 | 03/26/21 | 03/26/21 | 03/26/21 | 03/29/21 | 03/29/21 | 03/29/21 | 03/29/21 | 03/29/21 | 03/29/21 | 03/29/21 | 03/29/21 | 03/29/21 | 03/29/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 | 03/30/21 |

| Value | Date | Date | Status |
|---|---|---|---|
| <0.1 | 03/30/21 | 03/30/21 | |
| <0.1 | 03/30/21 | 03/30/21 | |
| <0.1 | 03/30/21 | 03/30/21 | |
| 0.1 | 03/31/21 | 03/30/21 | |
| <0.1 | 04/16/21 | 03/30/21 | |
| <0.1 | 04/16/21 | 03/30/21 | |
| <0.1 | 03/31/21 | 03/31/21 | |
| <0.1 | 03/31/21 | 03/31/21 | |
| <0.1 | 03/31/21 | 03/31/21 | |
| <0.1 | 03/31/21 | 03/31/21 | |
| <0.1 | 03/31/21 | 03/31/21 | |
| <0.1 | 03/31/21 | 03/31/21 | |
| <0.1 | 03/31/21 | 03/31/21 | |
| <0.1 | 03/31/21 | 03/31/21 | |
| <0.1 | 03/31/21 | 03/31/21 | |
| <0.1 | 03/31/21 | 04/01/21 | |
| <0.1 | 03/31/21 | 04/01/21 | |
| <0.1 | 04/01/21 | 04/01/21 | |
| <0.1 | 04/01/21 | 04/01/21 | |
| <0.1 | 04/01/21 | 04/01/21 | |
| <0.1 | 04/01/21 | 04/01/21 | |
| <0.1 | 04/01/21 | 04/01/21 | |
| <0.1 | 04/01/21 | 04/01/21 | |
| <0.1 | 04/01/21 | 04/01/21 | |
| <0.1 | 04/01/21 | 04/01/21 | |
| <0.1 | 04/01/21 | 04/01/21 | |
| 0.6 | 04/01/21 | 04/02/21 | |
| >11.0 | 04/20/21 | 04/02/21 | Negative |
| >11.0 | 04/15/21 | 04/02/21 | Pending |
| <0.1 | 04/06/21 | 04/02/21 | |
| <0.1 | 04/06/21 | 04/02/21 | |
| <0.1 | 04/06/21 | 04/02/21 | |
| <0.1 | 04/08/21 | 04/02/21 | |

| | Value | Status | |
|---|---|---|---|
| 04/02/21 | <0.1 | | 04/08/21 |
| 04/02/21 | <0.1 | | 04/08/21 |
| 04/02/21 | <0.1 | | 04/08/21 |
| 04/02/21 | <0.1 | | 04/08/21 |
| 04/02/21 | <0.1 | | 04/15/21 |
| 04/02/21 | 0.1 | | 04/15/21 |
| 04/02/21 | 0.1 | | 04/15/21 |
| 04/02/21 | <0.1 | | 04/16/21 |
| 04/02/21 | <0.1 | | 04/16/21 |
| 04/02/21 | 0.1 | | 04/16/21 |
| 04/02/21 | <0.1 | | 04/16/21 |
| 04/05/21 | >11.0 | Negative | 04/05/21 |
| 04/05/21 | <0.1 | | 04/05/21 |
| 04/05/21 | <0.1 | | 04/05/21 |
| 04/05/21 | <0.1 | | 04/05/21 |
| 04/05/21 | <0.1 | | 04/05/21 |
| 04/05/21 | <0.1 | | 04/05/21 |
| 04/05/21 | <0.1 | | 04/05/21 |
| 04/05/21 | <0.1 | | 04/05/21 |
| 04/05/21 | <0.1 | | 04/05/21 |
| 04/05/21 | <0.1 | | 04/05/21 |
| 04/05/21 | >11.0 | Negative | 04/06/21 |
| 04/06/21 | >11.0 | Pending | 04/14/21 |
| 04/06/21 | <0.1 | | 04/06/21 |
| 04/06/21 | <0.1 | | 04/06/21 |
| 04/06/21 | <0.1 | | 04/06/21 |
| 04/06/21 | <0.1 | | 04/06/21 |
| 04/06/21 | <0.1 | | 04/06/21 |
| 04/06/21 | <0.1 | | 04/06/21 |
| 04/06/21 | <0.1 | | 04/06/21 |
| 04/06/21 | <0.1 | | 04/06/21 |

| | | | |
|---|---|---|---|
| 04/06/21 | 04/15/21 | 0.1 | Negative |
| 04/07/21 | 04/07/21 | >11.0 | |
| 04/07/21 | 04/07/21 | <0.1 | |
| 04/07/21 | 04/07/21 | <0.1 | |
| 04/07/21 | 04/07/21 | <0.1 | |
| 04/07/21 | 04/07/21 | <0.1 | |
| 04/07/21 | 04/07/21 | <0.1 | |
| 04/07/21 | 04/07/21 | <0.1 | |
| 04/07/21 | 04/07/21 | <0.1 | |
| 04/07/21 | 04/07/21 | <0.1 | |
| 04/07/21 | 04/07/21 | <0.1 | |
| 04/07/21 | 04/15/21 | <0.1 | |
| 04/08/21 | 04/08/21 | <0.1 | |
| 04/08/21 | 04/08/21 | <0.1 | |
| 04/08/21 | 04/08/21 | <0.1 | |
| 04/08/21 | 04/08/21 | <0.1 | |
| 04/08/21 | 04/08/21 | <0.1 | |
| 04/08/21 | 04/08/21 | <0.1 | |
| 04/08/21 | 04/08/21 | <0.1 | |
| 04/08/21 | 04/08/21 | <0.1 | |
| 04/08/21 | 04/08/21 | <0.1 | |
| 04/08/21 | 04/15/21 | <0.1 | |
| 04/09/21 | 04/15/21 | <0.1 | |
| 04/09/21 | 04/15/21 | <0.1 | |
| 04/09/21 | 04/15/21 | <0.1 | |
| 04/09/21 | 04/15/21 | <0.1 | |
| 04/09/21 | 04/15/21 | <0.1 | |
| 04/09/21 | 04/15/21 | 0.1 | |
| 04/09/21 | 04/15/21 | <0.1 | |
| 04/09/21 | 04/15/21 | <0.1 | |
| 04/09/21 | 04/15/21 | <0.1 | |

| | | | |
|---|---|---|---|
| 04/09/21 | 04/15/21 | <0.1 | Pending |
| 04/12/21 | 04/13/21 | 1.3 | |
| 04/12/21 | 04/12/21 | <0.1 | |
| 04/12/21 | 04/12/21 | <0.1 | |
| 04/12/21 | 04/12/21 | <0.1 | |
| 04/12/21 | 04/12/21 | <0.1 | |
| 04/12/21 | 04/12/21 | <0.1 | |
| 04/12/21 | 04/12/21 | <0.1 | |
| 04/12/21 | 04/12/21 | <0.1 | |
| 04/12/21 | 04/12/21 | <0.1 | |
| 04/12/21 | 04/12/21 | <0.1 | |
| 04/12/21 | 04/12/21 | <0.1 | |
| 04/12/21 | 04/12/21 | <0.1 | |
| 04/13/21 | 04/13/21 | 4.8 | Pending |
| 04/13/21 | 04/13/21 | <0.1 | |
| 04/13/21 | 04/13/21 | <0.1 | |
| 04/13/21 | 04/13/21 | <0.1 | |
| 04/13/21 | 04/13/21 | <0.1 | |
| 04/13/21 | 04/13/21 | <0.1 | |
| 04/13/21 | 04/13/21 | 0.9 | |
| 04/13/21 | 04/13/21 | <0.1 | |
| 04/13/21 | 04/13/21 | <0.1 | |
| 04/13/21 | 04/13/21 | <0.1 | |
| 04/13/21 | 04/13/21 | <0.1 | |
| 04/13/21 | 04/13/21 | <0.1 | |