AARON D. FORD
  Attorney General
D. Randall Gilmer, Bar No. 14001
  Chief Deputy Attorney General
Douglas R. Rands, Bar No. 3572
  Senior Deputy Attorney General
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
(775) 684-1150
(775) 684-1108 (fax)
drands@ag.nv.gov
drgilmer@ag.nv.gov

*Attorneys for the*
*Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| IN RE: HCV PRISON LITIGATION | Case No: 3:19-cv-00577-MMD-CLB |
|---|---|
| | **SUPPLEMENTAL STATUS REPORT AFTER STATUS HEARING** |

Pursuant to this Court's Order (ECF No. 98), Defendants submit the attached Declaration of Michael Minev, M.D. relating to the issue discussed at the last status conference.

///

///

///

///

///

///

///

///

///

1                                              * * *

2        Dated July 6, 2021.

3                                              AARON D. FORD, Attorney General

4                                              /s/ Douglas R. Rands
                                               D. Randall Gilmer (NSBN 14001)
5                                              555 E. Washington St., Ste. 2600
                                               Las Vegas, Nevada 89101
6                                              (702) 486-3427
                                               drgilmer@ag.nv.gov
7                                              Douglas R. Rands (NSBN 3572)
                                               100 N. Carson Street
8                                              Carson City, Nevada 89701
                                               (775) 684-1150
9                                              drands@ag.nv.gov

10

11                                             *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 6th day of July, 2021, I caused to be served, a true and correct copy of the foregoing, **SUPPLEMENTAL STATUS REPORT AFTER STATUS HEARING**, by U.S. District Court CM/ECF Electronic Filing on the following:

Adam Hosmer-Henner, Esq.
Philip Mannelly, Esq.
Chelsea Latino, Esq.
McDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, NV  89501
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com
clatino@mcdonaldcarano.com

Margaret A. McLetchie, Esq.
Alina Shell, Esq.
MCLETCHIE LAW
701 E. Bridger Ave., Suite 520
Las Vegas, NV  89101
maggie@nvlitigation.com
alina@nvlitigation.com

*Attorneys for Plaintiff*

/s/ Roberta W. Bibee
An employee of the
Office of the Attorney General

3