# EXHIBIT B

## Treatment Status Spreadsheet

# EXHIBIT B

| NOTIS ID | NOTIS Last | NOTIS First | DOB | TREATMENT START DATE | Rx |
|---|---|---|---|---|---|
| | | | | 06/01/21 | EPCLUSA |
| | | | | 06/24/21 | EPCLUSA |
| | | | | 06/24/21 | EPCLUSA |
| | | | | 06/24/21 | EPCLUSA |
| | | | | 05/03/21 | EPCLUSA |
| | | | | 06/24/21 | EPCLUSA |
| | | | | 06/24/21 | EPCLUSA |
| | | | | 06/24/21 | EPCLUSA |
| | | | | 06/01/21 | EPCLUSA |
| | | | | 06/24/21 | EPCLUSA |
| | | | | 06/24/21 | EPCLUSA |
| | | | | 06/24/21 | EPCLUSA |
| | | | | 5/21/2021 | EPCLUSA |
| | | | | 5/20/2021 | EPCLUSA |
| | | | | 6/15/2021 | EPCLUSA |
| | | | | 6/15/2021 | EPCLUSA |
| | | | | 7/27/2021 | EPCLUSA |
| | | | | 5/22/2021 | EPCLUSA |
| | | | | 6/13/2021 | EPCLUSA |
| | | | | 6/15/2021 | MAYVRET |
| | | | | 5/20/2021 | EPCLUSA |
| | | | | 5/1/2021 | EPCLUSA |
| | | | | 5/1/2021 | EPCLUSA |
| | | | | 6/6/2021 | EPCLUSA |
| | | | | 5/3/2021 | EPCLUSA |
| | | | | 6/1/2021 | EPCLUSA |
| | | | | 7/5/2021 | EPCLUSA |
| | | | | 5/3/2021 | EPCLUSA |
| | | | | 5/1/2021 | EPCLUSA |
| | | | | 7/3/2021 | EPCLUSA |

| Date | Product |
|---|---|
| 6/16/2021 | EPCLUSA |
| 5/21/2021 | EPCLUSA |
| 6/16/2021 | EPCLUSA |
| 6/5/2021 | EPCLUSA |
| 6/12/2021 | EPCLUSA |
| 6/12/2021 | EPCLUSA |
| 7/2/2021 | EPCLUSA |
| 5/26/2021 | EPCLUSA |
| 6/5/2021 | EPCLUSA |
| 6/5/2021 | EPCLUSA |
| 6/11/2021 | EPCLUSA |
| 7/2/2021 | EPCLUSA |
| 6/11/2021 | EPCLUSA |
| 5/21/2021 | EPCLUSA |
| 7/2/2021 | EPCLUSA |
| 6/11/2021 | EPCLUSA |
| 6/5/2021 | EPCLUSA |
| 7/2/2021 | EPCLUSA |
| 5/21/2021 | EPCLUSA |
| 5/21/2021 | EPCLUSA |
| 5/21/2021 | EPCLUSA |
| 6/5/2021 | EPCLUSA |
| 7/1/2021 | EPCLUSA |
| 06/24/21 | EPCLUSA |
| 5/10/2021 | EPCLUSA |
| 5/11/2021 | EPCLUSA |
| 5/26/2021 | EPCLUSA |
| 5/22/2021 | EPCLUSA |
| 5/22/2021 | EPCLUSA |
| 5/26/2021 | EPCLUSA |
| 6/17/2021 | EPCLUSA |
| 5/22/2021 | EPCLUSA |
| 6/29/2021 | EPCLUSA |
| 7/3/2021 | EPCLUSA |



| | |
|---|---|
| 6/29/2021 | EPCLUSA |
| 5/22/2021 | EPCLUSA |
| 5/26/2021 | EPCLUSA |
| 5/22/2021 | EPCLUSA |
| 7/3/2021 | EPCLUSA |
| 5/29/2021 | EPCLUSA |
| 5/26/2021 | EPCLUSA |
| 7/16/2021 | EPCLUSA |
| 7/26/2021 | EPCLUSA |
| 7/26/2021 | EPCLUSA |