ALINA M. SHELL, ESQ.
Nevada Bar No. 11711
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
ashell@atllp.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: HCV PRISON LITIGATION | Case No.:  3:19-cv-00577-MMD-CLB<br><br>**MOTION TO BE REMOVED FROM CM/ECF ELECTRONIC NOTICE LIST** |

The undersigned hereby requests to be removed from the CM/ECF Electronic Notice List.

Dated this 28th  day of October, 2021.

ARMSTRONG TEASDALE LLP


By: /s/ *Alina M. Shell*
ALINA M. SHELL, ESQ.
Nevada Bar No. 11711
3770 Howard Hughes Parkway, Suite 200 Las Vegas, Nevada 89169


IT IS SO ORDERED.

Dated:  November 1, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

1