AARON D. FORD
  Attorney General
D. RANDALL GILMER, Bar No. 14001
  Chief Deputy Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov
        drgilmer@ag.nv.gov

*Attorneys for Defendant*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: HCV PRISON LITIGATION<br><br>This document relates to:<br><br>**ALL ACTIONS** | Case No.  3:19-cv-00577-MMD-CLB<br><br>**ORDER TERMINATING<br>CONSENT DECREE** |

     This matter comes before the Court on Class Plaintiffs and Defendant agreement that the Consent Decree, ECF No. 80 should be terminated.  Under the provisions of the Consent Decree, Section XI, subsection 61, (ECF No. 80), the Consent Decree will terminate four years from the Effective Date, unless this Court concluded that Defendants failed to substantially comply with the provisions of the Consent Decree.  The Effective Date of the Consent Decree was October 29, 2020. (ECF No. 80)  Following a review of the Joint Status Reports filed by the Parties in this case[1], this Court concludes that Defendants have substantially complied with the Consent Decree, there is no reason to extend the four-year deadline, the termination of the Consent Decree is in the public interest, and that since the requisite time has passed, it is:

///

///

///

---

[1] Further, the NDOC plans to continue to test and treat offenders with HCV in the manner set forth in the Consent Decree going forward.

1

**ORDERED:**

1. That the Consent Decree, ECF No. 80, is terminated.

2. That the responsibilities of the Class Counsel/Monitoring Counsel are terminated upon the entry of this order.

3. That this action be dismissed without retention of jurisdiction.

DATED this 3rd day of December 2024.

_____
DISTRICT JUDGE

Respectfully submitted by:

AARON D. FORD
Attorney General

By: /s/ *Douglas Rands*
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendant*

/s/ *Adam Hosmer-Henner*
McDONALD CARANO LLP
Adam Hosmer-Henner, Esq. (NSBN 12779)
Philp Mannelly, Esq. (NSBN 14236)
Chelsea Latino, Esq. (NSBN 14227)
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

Maggie McLetchie, Esq. (NSBN 10931)
McLETCHIE LAW
701 E. Bridger Ave., Suite 520
Las Vegas, NV 89101
(702) 728-5300
maggie@nvlitigation.com

*Class Counsel*